# Exhibit 1

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Licensee Response to Violations Report**

FFL: PADUCAH SHOOTERS SUPPLY INC
Inspection: FCI-32606
Date Generated: 9/26/2022
RDS Key: 4-61-04096
Lead Industry Operations Investigator: Mark Doran

| | Regulation | Corrective Action(s) | Licensee Response |
|---|---|---|---|
| 1 | 27 CFR 478.126a: Failure to report multiple sales or other dispositions of pistols and revolvers<br><br>ATF Forms 4473: 1<br>Number of Instances: 1 | Complete and submit ATF Form 3310.4 (Report of Multiple Sale or Other Disposition of Pistols and Revolvers) for all non-reported multiple sales identified as a result of this inspection.<br>Complete and submit ATF Form 3310.4 (Report of Multiple Sale or Other Disposition of Pistols and Revolvers) by close of the same business day, for all applicable future multiple sales. | The licensee has assigned an employee to review all ATF Forms 4473, validate A&D dispositions and ensure all multiple sales have been submitted every day before close of business. If for some reason it is not done at close of business, the employee will do it the following morning. They computer system used for their sales lets them know a multiple sale needs to be reported. They don't know what happened in this situation. |
| 2 | 27 CFR 478.124(a): Failure to execute an ATF F 4473<br><br>ATF Forms 4473: 1<br>Number of Instances: 1 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | The ATF Form 4473 has been completed. The transferee is an employee of the FFL and is the owner's son. It is assumed that once the form 4 was approved the transferee left the premises without completing the 4473 by accident. The transferee has had other NFA firearms transferred to him and the 4473s were completed. |
| 3 | 27 CFR 478.102(a): Failure to complete a NICS/POC background check<br><br>ATF Forms 4473: 3<br>Number of Instances: 3 | Execute a required NICS/POC background check for all future over-the-counter firearm transactions.<br>Look at all NICS exemption documents and ensure they are valid. Refrain from coping NICS exemption and identification information from the sales computer.<br><br>Review all ATF Forms 4473 prior to the transferee leaving with the firearm(s). | The review process for ATF Forms 4473 now specifically includes expiration dates. Historically employees of the FFL would look to see if the NICS exemption document was annotated on the form but the expiration date was not being checked in the review process. The same employee transferred all firearms associated with this violation. An interview with the employee indicated the employee was getting distracted by conversations with the customer and for some reason failed to realize the NICS exemption document presented has expired. A CHC was completed on all transferees. None were prohibited. The lead IOI recommended to the licensee that when the 4473 is reviewed by the employee that it not be done at the sales counter and in an area where distractions would be limited. |
| 4 | 27 CFR 478.123(b): Failure to maintain an accurate/complete/timely licensee disposition record<br><br>Number of Instances: 32 | Accurately, completely & timely record all required future firearm disposition information.<br>Complete and submit ATF Form 3310.11 - Firearms Inventory Theft/Loss Report.<br>Amend/Update A&D Record to accurately record all required firearm disposition information.<br>Resume proper maintenance of required acquisition and disposition record.<br>When conducting internal audits/inventories ensure discrepancies are reconciled and/or corrected immediately. | There have been some periodic glitches in the dispositioning of firearms in the electronic system the licensee uses. The licensee has consulted with the software company about the issue and the random glitches occur when the sales computer fails to communicate the sales data to the server that houses the A&D records. The licensee will implement an SOP so that all dispositions are verified at the end of each day through a 4473 to A&D comparison. The licensee has also conducted training with employees ensuring they are using the computer sales system correctly. |
| 5 | 27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record<br><br>Number of Instances: 6 | Dispose of all duplicate acquisitions as such.<br><br>Inquire with the electronic A&D software company if there is any way for the system to identify duplicate acquisitions.<br><br>Identify duplicate entries on all future internal audits/inventories. Correct the duplicate entries if any are discovered. | Duplicate entries stemmed from an error on an entry being identified and the entering employee would complete another acquisition with the correct information rather than correcting the original entry. Sometimes the employee would fail to delete the entry with the error. At the time of the closing conference the licensee indicated they were in the process of showing employees how to correct entries and make comments in the notes section of the records. All duplicate entries were dispositioned. |
| 6 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473<br><br>ATF Forms 4473: 17<br>Number of Instances: 33 | Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions.<br>Consider a more robust ATF Form 4473 review process.<br><br>Ensure all employees completing and reviewing ATF Forms 4473 know what the form looks like when completed properly. | The licensee assumes that the review process previously in place was not occurring and they assumed in some circumstances many forms were being filed without being reviewed at all. The new process includes a review by the employee transferring the firearm before the customer leaves and a form review at the end of the day before the forms are filed. The licensee also mentioned that they had an employee that was diagnosed with brain cancer and his quality of work went down afterwards. The employee with brain cancer resigned after having a seizure at the FFL. The lead IOI had conversations with several employees and they all indicated that being in a hurry and being distracted were the biggest contributing factors to the errors. |
| | 27 CFR 478.124(c)(4): Failure to record firearm information on an ATF F 4473 | Ensure the [...] information | The licensee assumes that the review process previously in place was not occurring and they assumed in some |

**EXHIBIT**

**13**

| | | |
|---|---|---|
| ATF Forms 4473: 4<br>Number of Instances: 8 | is obtained and accurately recorded on all future ATF Forms 4473, Section D. | circumstances many forms were being filed without being reviewed at all. The new process includes a review by the employee transferring the firearm before the customer leaves and a form review at the end of the day before the forms are filed. The licensee also mentioned that they had an employee that was diagnosed with brain cancer and his quality of work went down afterwards. The employee with brain cancer resigned after having a seizure at the FFL. The lead IOI had conversations with several employees and they all indicated that being in a hurry and being distracted were the biggest contributing factors to the errors. |
| 27 CFR 478.21(a): Failure to complete forms as prescribed<br><br>ATF Forms 4473: 31<br>Number of Instances: 33 | Complete all forms as prescribed.<br>Ensure that all ATF Form 4473 items, as required by form headings and instructions, are accurately completed on all future transactions.<br>Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>Ensure that the transferee/buyer provides required signature and date, on ATF Form 4473 Section C, for all transactions taking place on a date different from when Section A was certified.<br>Ensure that the required transferor/seller printed name and title is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D.<br>Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | The licensee assumes that the review process previously in place was not occurring and they assumed in some circumstances many forms were being filed without being reviewed at all. The new process includes a review by the employee transferring the firearm before the customer leaves and a form review at the end of the day before the forms are filed. The licensee also mentioned that they had an employee that was diagnosed with brain cancer and his quality of work went down afterwards. The employee with brain cancer resigned after having a seizure at the FFL. The lead IOI had conversations with several employees and they all indicated that being in a hurry and being distracted were the biggest contributing factors to the errors. |
| 27 CFR 478.124(c)(3)(i): Failure to verify or record Identification document on ATF F 4473<br><br>ATF Forms 4473: 10<br>Number of Instances: 10 | Ensure that all required transferee/buyer identification information is obtained and accurately recorded on all future ATF Forms 4473, Section B. | The licensee assumes that the review process previously in place was not occurring and they assumed in some circumstances many forms were being filed without being reviewed at all. The new process includes a review by the employee transferring the firearm before the customer leaves and a form review at the end of the day before the forms are filed. The licensee also mentioned that they had an employee that was diagnosed with brain cancer and his quality of work went down afterwards. The employee with brain cancer resigned after having a seizure at the FFL. The lead IOI had conversations with several employees and they all indicated that being in a hurry and being distracted were the biggest contributing factors to the errors. |
| 27 CFR 478.124(c)(3)(iii): Failure to verify or record non alien immigrant exception on an ATF F 4473<br><br>ATF Forms 4473: 2<br>Number of Instances: 2 | Ensure that all required transferee/buyer nonimmigrant alien exception documentation is obtained, validated, accurately recorded on, and retained with all future ATF Forms 4473, Section B. | Although not specifically stated, it appears FFL personnel at the closing were not aware of the requirement to document the non alien immigration exception. The lead IOI pointed out where the information was to be documented on the ATF Form 4473. Additionally, the lead IOI verified with HSI that the immigrant was in a legal status at the time of each transfer and verified with KY Dept of Fish and Wildlife that the immigrant had a valid hunting permit at the time of both purchases. |
| 27 CFR 478.124(c)(3)(iv): Failure to record NICS contact information on an ATF F 4473<br><br>ATF Forms 4473: 20<br>Number of Instances: 21 | Ensure that all required NICS/POC background check information is obtained and accurately recorded on all future ATF Forms 4473, Section B. | The licensee assumes that the review process previously in place was not occurring and they assumed in some circumstances many forms were being filed without being reviewed at all. The new process includes a review by the employee transferring the firearm before the customer leaves and a form review at the end of the day before the forms are filed. The licensee also mentioned that they had an employee that was diagnosed with brain cancer and his quality of work went down afterwards. The employee with brain cancer resigned after having a seizure at the FFL. The lead IOI had conversations with several employees and they all indicated that being in a hurry and being distracted were the biggest contributing factors to the errors. |
| 27 CFR 478.131(a)(2): Failure to record on an ATF Form 4473 (or affix a copy of) NICS alternative permit info<br><br>ATF Forms 4473: 13<br>Number of Instances: 13 | Ensure that a qualifying NICS alternative permit is properly obtained, validated, verified, and documented for all applicable future over-the-counter firearm transactions. | The licensee assumes that the review process previously in place was not occurring and they assumed in some circumstances many forms were being filed without being reviewed at all. The new process includes a review by the employee transferring the firearm before the customer leaves and a form review at the end of the day before the forms are filed. The licensee also mentioned that they had an employee that was diagnosed with brain cancer and his quality of work went down afterwards. The employee with brain cancer resigned after having a seizure at the FFL. The lead IOI had conversations with several employees and they all indicated that being in a hurry and being distracted were the biggest contributing factors to the errors. |
| 27 CFR 478.124(c)(5): Failure by transferor to sign and/or date an ATF F 4473<br><br>ATF Forms 4473: 6<br>Number of Instances: 8 | Ensure that the required transferor/seller signature and date of transfer is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D. | The licensee assumes that the review process previously in place was not occurring and they assumed in some circumstances many forms were being filed without being reviewed at all. The new process includes a review by the employee transferring the firearm before the customer leaves and a form review at the end of the day before the forms are filed. The licensee also mentioned that they had an employee that was diagnosed with brain cancer and his |

| | | quality of work went down afterwards. The employee with brain cancer resigned after having a seizure at the FFL. The lead IOI had conversations with several employees and they all indicated that being in a hurry and being distracted were the biggest contributing factors to the errors. |
| --- | --- | --- |