# Exhibit 2

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Notice to Revoke or Suspend License and/or Impose a Civil Fine

In the matter of License Number   4-61-145-07-3C-04096 _____, as a/an   manufacturer of firearms other than destructive devices _____ issued to:

Name and Address of Licensee *(Show number, street, city, State and ZIP Code)*

**Paducah Shooters Supply, Inc.**
3919 Cairo Road
Paducah, Kentucky 42001

**Notice Is Hereby Given That:**

Pursuant to the statutory provisions and reasons stated in the attached page(s), the Director or his/her designee, Bureau of Alcohol, Tobacco, Firearms and Explosives, intends to take action on the license described above.

☑ The above identified license may be revoked pursuant to 18 U.S.C. 923(e), 922(t)(5) or 924(p).

☐ The above identified license may be suspended pursuant to 18 U.S.C. 922(t)(5) or 924(p).

☐ The above identified licensee may be fined pursuant to 18 U.S.C. 922(t)(5) or 924(p).

Pursuant to U.S.C. 923(f)(2) and/or 922(t)(5), you may file a request with the Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, at   600 Dr. Martin Luther King Jr. Place, Suite 500, Louisville, KY 40202 _____, in duplicate, for a hearing to review the revocation, suspension and/or fine of your license. The request must be received at the above address within 15 days of your receipt of this notice. Where a timely request for a hearing is made, the license shall remain in effect pending the outcome of the hearing; and if the license is due to expire, the license will remain in effect provided a timely application for renewal is also filed. The hearing will be held as provided in 27 CFR Part 478.

If you do not request a hearing, or your request for a hearing is not received by ATF on time, a final notice of revocation, suspension, and/or imposition of civil fine (ATF Form 5300.13) shall be issued.

☑ Please see included brochure

| Date | Name and Title of Bureau of Alcohol, Tobacco, Firearms and Explosives Official | Signature |
|---|---|---|
| 12/02/2022 | Adam P. Rogers, Director, Industry Operations, Louisville Field Division | *M.P.R.* |

I certify that on the date shown below I served the above notice on the person identified below by:

☑ Certified mail to the address shown below.
   Tracking Number: 70161370000045142454

Or

☐ Delivering a copy of the notice to the address shown below.

| Date Notice Served | Title of Person Serving Notice | Signature of Person Serving Notice |
|---|---|---|
| | | |

| Print Name and Title of Person Served | Signature of Person Served |
|---|---|
| | |

Address Where Notice Served

**EXHIBIT**

**1**

ATF Form 4500(5300.4)
Revised September 2014

Paducah Shooters Supply, Inc.                                    ATF Form 5300.4 (4500)
FFL 4-61-145-07-3C-04096

Under the provisions of 18 U.S.C. § 923(e) and 27 C.F.R. § 478.73, notice is hereby given that that the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") intends to revoke the Federal firearms license held by Paducah Shooters Supply, Inc. dba PSS ("Licensee"). Specifically, the Director, Industry Operations, United States Department of Justice, ATF, Louisville Field Division, has reason to believe that Licensee willfully violated the provisions of the Gun Control Act of 1968, as amended, 18 U.S.C. Chapter 44, and the regulations issued thereunder, 27 C.F.R. Part 478 (collectively, "GCA") as described herein.

## Compliance History

ATF first issued a Federal firearms license to Licensee in 2011. The laws and regulations under the GCA were reviewed as part of an application inspection on January 28, 2011. Subsequently, ATF conducted compliance inspections of Licensee in 2015 and 2017. As a result of the 2015 and 2017 inspections, Licensee was cited for violations and proposed corrective actions were reviewed. As a result of the 2015 inspection, a warning conference was held with Licensee. Following the warning conference, Licensee was sent a letter which advised that "any future violations, either repeat or otherwise, could be viewed as willful and may result in revocation of [its] license."

## Current Inspection

On January 3, 2022, ATF began a compliance inspection of Licensee's premises that revealed the following:

Background Check Violations:

1. On three occasions, Licensee willfully transferred a firearm to an unlicensed person without first contacting the National Instant Criminal Background Check System ("NICS") and waiting three days before allowing the transfer, in violation of 18 U.S.C. § 922(t) and 27 C.F.R. §§ 478.102(a), (d)(1). See Appendix A.

ATF Form 4473 Violations:

2. On one occasion, Licensee willfully sold or otherwise disposed of a firearm to an unlicensed person without recording the transaction on a Firearms Transaction Record, ATF Form 4473, in violation of 18 U.S.C. §§ 922(m) and 922(b)(5) and 27 C.F.R. § 478.124(a). See Appendix B.

3. On 11 occasions, Licensee willfully failed to obtain a complete and/or accurate Firearms Transaction Record, ATF Form 4473, from the transferee prior to making an over-the-counter transfer of a firearm to a non-licensee, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(1). See Appendix C.

4. On three occasions, Licensee willfully failed to obtain/execute the Firearms Transaction Record, ATF Form 4473 as indicated by the headings on the Form and the instructions on

Paducah Shooters Supply, Inc.                                    ATF Form 5300.4 (4500)
FFL 4-61-145-07-3C-04096

or pertaining to the Form, in violation of 18 U.S.C. § 922(m) and 27 C.F.R. § 478.21(a). See Appendix D.

5. On 10 occasions, Licensee willfully transferred a firearm to a non-licensee without verifying the identity of the transferee by examining the identification document presented or noting the type on a Firearms Transaction Record, ATF Form 4473, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(3)(i). See Appendix E.

6. On 20 occasions, Licensee willfully transferred a firearm to a non-licensee without recording the date the Licensee contacted NICS, any response provided by the system and/or any identification number provided by the system information on the Firearms Transaction Record, ATF Form 4473, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(3)(iv). See Appendix F.

<u>Acquisition and Disposition Record Violations</u>:

7. On 12 occasions, Licensee willfully failed to timely and/or accurately record the disposition of firearms, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.123.  See Appendix G.

Appendix

A.  Transfer to M███ P███, 8/3/2021 – expired CCDW license
    Transfer to M███ W███ 3/18/2022 – expired CCDW license Transfer
    to A███ K███ 8/19/2021 – expired CCDW license

B.  Transfer to J█ M███ 2/4/2021

C.  Transfer to S█ A█ 6/14/2022 – Item 21.1.1 – blank
    Transfer to S█ C█ 6/13/2022 – Item 21.1.1 – blank
    Transfer to V█ C█ 4/23/2022 – Item 21.1.1 – blank
    Transfer to V█ DcP█ 4/23/2022 – Items 21f, g, h, i, j, k, 1.1 - blank
    Transfer to M█ H█ 3/26/2022 – Item 21.1.1 - blank Transfer
    to W█ K█ 5/19/2022 – Items 21f, g, h, i, j, k, 1.1 blank Transfer to
    G█ R█ 6/13/2022 – Item 21.1.1 - blank
    Transfer to A█ R█ 12/22/2021 – Items 21f, 1.1- blank
    Transfer to S█ M█, 12/27/2021 – YES answer to Items 21b, c, d, e
    Transfer to S█ B█ 11/2/2021 – Item 21h – blank
    Transfer to C█ M█ 12/3/2021 – Item 21k – blank

D.  Transfer to S█ B█, 10/25/2021- NO answer to Item 21a
    Transfer to R█ S█ 4/11/2022 – NO answer to Item 21a Transfer
    to C█ W█ 5/14/2022 – NO answer to Item 21a

E.  Transfer to M█ P█, 8/3/2021 – expired CCDW license

Paducah Shooters Supply, Inc.                                    ATF Form 5300.4 (4500)
FFL 4-61-145-07-3C-04096



Transfer to M████ W████ 3/18/2022 – expired CCDW license
Transfer to A███ K████ 8/19/2021 – expired CCDW license
Transfer to S███ B████ 10/25/2021 – Item 26a – blank
Transfer to R███ R████ 11/19/2021 – Item 26a – blank
Transfer to C████ W████ 9/2/2021 – Item 26a – blank
Transfer to D████ B████ 7/31/2021 – Item 26a – Incomplete
Transfer to G██ S████ 9/10/2021 – Item 26a – Incomplete
Transfer to C████ L████ 11/10/2021 – Item 26a – Incorrect
Transfer to L██ T████ 8/5/2021 – Item 26a – Incorrect



F.  Transfer to C████ B████ 11/20/2021 – Item 27a – blank
Transfer to R███ C████ 8/31/2021 – Item 27a – blank
Transfer to A███ C████ 2/15/2022 – Item 27a – blank
Transfer to L████ 9/11/2021 – Item 27a – blank
Transfer to Ja██ R████ 10/8/2021 – Item 27a – blank
Transfer to M████ew M████ 10/28/2021 – Item 27a – Incorrect
Transfer to S████ na W████ 11/20/2021 – Item 27a – Incorrect
Transfer to G██ F████ 1/31/2022 – Items 27b, c – blank
Transfer to Ju██ R████ 2/4/2022 – Item 27b – blank
Transfer to B██ S████ 12/18/2021 – Item 27b – blank
Transfer to P██ C████ 10/9/2021 – Item 27c – blank
Transfer to R████t J████ 4/23/2022 – Item 27c – blank
Transfer to Ja██ F████ 1/19/2022 – Item 27c – blank
Transfer to A████ da C████ 8/10/2021 – Item 27d – blank
Transfer to W████ am D████ 6/24/2022 – Item 27d – blank
Transfer to C██ G████ 8/4/2021 – Item 27d – blank
Transfer to H████ l H████ 8/11/2021 – Item 27d – blank
Transfer to D████ s H████ 10/18/2021 – Item 27d – blank
Transfer to E████ tine L████ 12/3/2021 – Item 27d – blank
Transfer to R████ W████ 4/16/2022 – Item 27d – blank

G.  There is no record of disposition of the below firearms and all are missing from inventory:
Ruger LCP Pistol, SN: 371202662
American Tactical Imports Milsport SGA shotgun, SN: MSA063490
Springfield Armory XD45 pistol, SN: GM487201
Beretta shotgun, SN: XA137926
Glock Model 17 pistol, SN: BFMW156
Anderson Manufacturing receiver, SN: 19217906
Smith & Wesson M&P Shield EZ pistol, SN: NHS3907

Paducah Shooters Supply, Inc.                                    ATF Form 5300.4 (4500)
FFL 4-61-145-07-3C-04096

    Springfield Armory M/A rifle, SN: 037344
    Springfield Armory XDM pistol, SN: AT283883
    Tactical Innovations TAC16 silencer, SN: 1611058
    Doublestar Corp. Star 16 silencer, SN: DSS001659
    Silencer Co. LLC Omega 36M silencer, SN: OMG36M6011

## EXPLANATION OF THE HEARING PROCESS



The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has decided to deny your original or renewal application for a Federal firearms license, or to revoke, suspend and/or impose a civil fine on your existing license.

As stated on the enclosed Notice of Denial, Revocation, Suspension and/or Fine, you have the right to request a hearing. This brochure provides general guidance to assist you in making a decision on requesting a hearing, and to appropriately prepare for a hearing should you request one.

### Background
27 C.F.R. §§ 478.71 – 478.73

The Gun Control Act of 1968 (GCA) and its implementing regulations specify certain licensing requirements for those intending to engage in the business of importing, manufacturing, or dealing in firearms, or importing or manufacturing ammunition.

The GCA authorizes ATF to deny a license application when an inspection reveals the applicant is not qualified to receive or continue to hold the license. ATF may revoke a license when a licensee willfully violates the GCA or its implementing regulations.

For purposes of the regulatory provisions of the GCA, a "willful" violation occurs when the licensee knew of his or her legal obligations and either purposefully disregarded or was plainly indifferent to those requirements. ATF is not required to prove a licensee *intended* to violate the law.

Under limited circumstances, ATF may revoke or suspend a license and/or impose a civil fine against a licensee who knowingly violates certain provisions of the GCA.

### Hearing Request and Representation
27 C.F.R. §§ 478.74 and 478.76

You have the right to request a hearing. If you wish to do so, you must file a request, in writing, with the Director, Industry Operations (DIO) within 15 days after the receipt of the enclosed Notice.

An applicant or licensee may be represented at the hearing by an attorney, certified public accountant or other person recognized to practice before ATF as provided in 31 C.F.R. Part 8.

### Pre-Hearing Resolution
27 C.F.R. §§ 478.72 and 478.74

You may submit an offer to settle or other proposed resolution prior to the hearing. If you wish to present your offer in person, you must request to do so within the same 15 days as allotted for a hearing. A request for a pre-hearing resolution should be made in writing to the DIO. ATF is not obligated to grant requests for in-person meetings or proposals for resolution.

You may also submit offers of potential resolution to the DIO after the hearing, but before a final decision is rendered; however, the DIO will not entertain settlement offers at the hearing.

## EXPLANATION OF THE HEARING PROCESS

### Hearing Overview
27 C.F.R. §§ 478.72, 478.74, 478.76, 478.77

Upon receipt of a timely request and after consultation with you, ATF will set the date, time and place of the hearing. You will then receive formal notification via certified mail, return receipt request. Please be advised that ATF may reschedule a hearing for good cause, as determined by the DIO.

The DIO will preside over the hearing. The purpose of the hearing is to allow both parties to present, in an orderly manner, all relevant evidence and arguments regarding the proposed licensing action.

The hearing itself is informal in nature which means that formal courtroom procedures, including sworn testimony and rules of evidence are not followed. During the hearing, you will have the opportunity to submit facts and arguments for review and consideration. An ATF-hired court reporter will be present to transcribe the hearing. The resulting transcript, along with the exhibits presented at the hearing, constitute the official record of the hearing. You may order a copy of the transcript at your own expense. Video recording of the hearing is not permitted.

An ATF attorney will present evidence in support of the licensing action. The ATF industry operations investigator(s) who conducted your inspection and/or other ATF employees who have relevant information concerning your case may testify.

At the conclusion of the government's presentation, you will have the opportunity to respond. You should state your case as clearly and factually as possible. Your presentation should focus on the violation(s) described in the Notice you received. You may also bring other witnesses who are able to speak to the violation(s) cited in the Notice. Both you and the government have

the right to question all witnesses. Please note that all persons attending the hearing must bring a valid form of state or federal government issued identification (e.g., driver's license or passport) for entry.

In addition to oral testimony, you may also present written documentation. Regardless of its form, all evidence presented at the hearing must be relevant. Relevant evidence is evidence that tends to prove or disprove an issue at the hearing, such as whether the alleged violation occurred as stated in the Notice.

*NOTE:* **It is a violation of law to possess or cause to be present a firearm or other dangerous weapon in a Federal facility. 18 U.S.C. § 930(a). Violation of this law will result in termination of hearing proceedings and a referral to law enforcement.**

### After the Hearing
27 C.F.R. §§ 478.72, 478.74, 478.78

Following completion of the hearing, the court reporter will prepare a transcript of the hearing. After reviewing the transcript and all evidence submitted at the hearing, the DIO will make the final licensing decision for ATF.

Should the DIO determine that the allegation(s) contained in the Notice are substantiated, he or she may issue a Final Notice of Denial, Revocation, Suspension and/or Fine of Firearms License, which ATF would send to you via certified mail, return receipt requested.

You may appeal the DIO's final decision to the appropriate Federal district court within 60 days for de novo judicial review.

If you have any questions concerning the hearing, please contact the DIO for the ATF division in which you are located.