# Exhibit 3



# Paducah Shooters Supply

3919 Cairo Rd.
Paducah KY 42001
270-443-3758

To Whom It May Concern,

Pursuant to 18 U.S.C. 923(e), 922(t)(5) or 924(p), we, Paducah Shooters Supply, Federal Firearms License number 4-61-145-07-3C-04096 would like to request a hearing on the matter of the potential revocation of Paducah Shooters Supply's Federal Firearms License.

Sincerely,

Roy L. McCutchen

12-14-22

EXHIBIT

2