# Exhibit 5

ATF Forms 4473 related to Violation 1

(filed under pending motion to seal)