# Exhibit 6



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

600 Dr. Martin Luther King Jr. Place, Suite 500
Louisville, Kentucky 40202

www.atf.gov

November 9, 2015

75045: PSE
5300

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Paducah Shooters Supply, Inc.
PSS
3919 Cairo Rd.
Paducah, KY 42001
FFL: 4-61-04096

Dear Mr. McCutchen:

This letter is a follow-up to the warning conference held with you on October 28, 2015 at the Paducah Satellite Office located at 4625 Falconcrest Dr. Ste 102, Paducah, KY. During this conference, the violations cited during the inspection covering the period 03/23/15 – 4/29/15 and the necessary corrective action to prevent the violations from reoccurring were discussed.

You were given the opportunity to comment on the violations and what specific action you have taken to ensure that the violations will not reoccur. Please see the following:

Regarding violation *27 CFR 478.123(d)* you stated that most of the firearms in question were transferred to your other store, Shooters Supply of Eddyville LLC(4-61-143-01-7G-06133) in Eddyville, KY without recording the disposition in the A&D Record. You stated your corrective action for the violation is that you are looking for a new electronic A&D Record (ARS System, Version 7) as well as having a designated employee review the ATF F's 4473 and record the disposition of the firearms.

Regarding violation *27 CFR 478.126a* you stated you did not catch the multiple sales of handguns, but that the new electronic system will flag any multiple sales that occur within the system, as well as having employees watch for any multiple sales that have occurred when reviewing the forms.

Regarding violation *27 CFR 478.99(a)* you stated you were unaware that the long guns that were transferred to out of state residents in question was prohibited, but will make sure that all employees research whether the purchaser can purchase a long gun from another state in the future.



EXHIBIT

10

-2-

Paducah Shooters Supply, Inc.

Regarding violation *27 CFR 478.102(a)(2)(ii)* you stated transferring a firearm where the waiting period was not complied with and not initiating a new NICS check after the form had expired with was an oversight on your part that you did not review the forms for accuracy before the customers left the store. You stated that your corrective measure is now to complete the ATF F 4473 for the current customer and not move on to the next customer until the paperwork is complete. You also stated you have a designated employee review the ATF F's 4473 and record the disposition of the firearms.

Regarding violation *27 CFR 478.102(a)* you stated you were unaware that taking a LEOSA CDW in lieu of conducting a NICS background check was prohibited that you thought the LEOSA CDW was looked at like the Kentucky CCDW. You stated your corrective action will be to only accept Kentucky CCDW in lieu conducting a NICS background check in the future.

Regarding violation *27 CFR 478.124(c)(3)(iv)* you stated not entering items 21a,21b, 21c and 21d of the ATF F4473 was an oversight on your part and did not review the forms for accuracy well enough before the customer left the store. You stated that your corrective measure is now to complete the ATF F 4473 for the current customer and not move on to the next customer until the paperwork is complete. You also stated you have a designated employee review the ATF F's 4473 and record the disposition of the firearms.

Regarding violation *27 CFR 478.124(c)(3)(i)* you stated you that failing to document complete and accurate information in items 20a and 20b was an oversight you part and that you would be more careful in the future and you have a designated employee review the ATF F's 4473 and record the disposition of the firearms.

Regarding violation *27 CFR 478.124(c)(1)* you stated not obtaining complete and accurate answers in items 2, 11c, 11d, 11h, 11i, 11j, 11k, 11l and 17 of the ATF F4473 was an oversight on your part and that you did not review the forms for accuracy well enough before the customer left the store. You stated that your corrective measure is now to complete the ATF F 4473 for the current customer and not move on to the next customer until the paperwork is complete, as well as you have a designated employee review the ATF F's 4473 and record the disposition of the firearms.

Regarding violation *27 CFR 478.21(a)* you stated transferring a firearm to a purchaser who failed to answer 11a and/or answered "No" was an oversight on your part that you did not review the forms for accuracy well enough before the customer left the store. You stated that your corrective measure is now to complete the ATF F 4473 for the current customer and not move on to the next customer until the paperwork is complete, as well as you have a designated employee review the ATF F's 4473 and record the disposition of the firearms.

Regarding violation *27 CFR 478.99(c)* you stated transferring a firearm to a purchaser who answered "Yes" to a prohibiting question was oversight on your part that you did not review the forms for accuracy well enough before the customer left the store. You stated that your corrective measure is now to complete the ATF F 4473 for the current customer and not move on

-3-

Paducah Shooters Supply. Inc.

to the next customer until the paperwork is complete. as well as you have a designated employee review the ATF F`s 4473 and record the disposition of the firearms.

The violations for which you were cited could adversely impact law enforcement's ability to reduce violent crime and protect the public.  You are reminded that future violations, repeat or otherwise. could be viewed as willful and may result in the revocation of your license.  You may anticipate further inspections to ensure your compliance.

Please contact us if you have questions concerning your responsibilities as a licensee or if you require further clarification about particular requirements of Federal firearms laws.

Sincerely,

Adam P. Rogers
Area Supervisor
Louisville II (IO)
Louisville Field Division

Enclosure

cc:   Federal Firearms Licensing Center
Director. Industry Operations. Louisville Field Division

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 1 of |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | 9 Pages |

| License/Permit/Registry Number  *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | | 03/23/2015  through  04/29/2015 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:  1**

**Nature of Violation:**
In 134 instances, the licensee failed to record the acquisition and/or disposition of firearms as required by the regulation. Specifically, the license failed to record the disposition of 10 firearms but not in a timely and/or correct manner. The licensee also failed to record the disposition of 105 firearms. Nineteen firearms were missing from inventory at the conclusion of the inspection.

**Citation:**   27 CFR 478.~~125(e)~~ 125(1)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:**  The licensee will timely record all acquisitions and
*(If not corrected immediately)*   dispositions of firearms as required by 27 CFR 478.125(e).

**Number:  2**

**Nature of Violation:**
In seven instances, the licensee failed to report the multiple sale of handguns to ATF on ATF Form 3310.4 as required by the regulation.

**Citation:**   27 CFR 478.126a

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:**  The licensee will timely report the multiple sale of handguns
*(If not corrected immediately)*   to ATF and local law enforcement on Form 3310.4 as required by 27 CFR 478.126a.

For Official Use Only

ATF E-Form 5030.5
Revised April 2005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 2 of |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | 9 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | | 03/23/2015 through 04/29/2015 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:   3**

**Nature of Violation:**
In 20 instances, the licensee transferred a long gun to an out of state resident in violation of state law.

**Citation:**   27 CFR 478.99(a)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:**   The licensee will only transfer long guns to out of state
*(If not corrected immediately)*   residents where it does not violate state law.

**Number:   4**

**Nature of Violation:**
In one instance, the licensee transferred a firearm where the waiting period was not complied with. Specifically, the licensee transferred a firearm to (18819) ███████ on 1/8/15. The correct date that the firearm could be transferred was 1/9/15.

In one instance, the licensee failed to initiate a new NICS check after form had expired, ATF Form (17067) ███████ Purchaser filled out ATF Form 4473 on 6/13/14, transfer did occur until 9/23/14.

**Citation:**   27 CFR 478.102(a)(2)(ii)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:**   The licensee will not transfer a firearm to a customer before
*(If not corrected immediately)*   the three business days have elapsed in which the licensee contacted NICS.

ATF E-Form 5030 5
Revised April 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

---

### Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 3 of |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | 9 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | | 03/23/2015 through 04/29/2015 |

### Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 5

**Nature of Violation:**
In one instance, the licensee transferred a firearm without first conducting a background check through the National Instant Background Check System (NICS). Specifically, the licensee accepted a LEOSA CDW in lieu of conducting a NICS background check. ATF Form 4473 ▮▮▮▮▮ dated, 2/9/15.

**Citation:** 27 CFR 478.102(a)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** The licensee will initiate a NICS background check before
*(If not corrected immediately)* transferring a firearm to an unlicensed person.

---

ATF E-Form 5030.5
Revised April 2005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 4 of |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | 9 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | | 03/23/2015 through 04/29/2015 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 6

**Nature of Violation:**

The licensee failed to obtain complete and accurate ATF Forms 4473 prior to transferring firearms.

In seven instances, the licensee failed to record Item 21a (date NICS background check was initiated).

In one instance, the licensee failed to record Item 21b (NICS or State Transaction number).

In six instances, the licensee failed to record Item 21c (initial response provided by NICS).

In two instances, the licensee failed to record Item 21d after obtaining a "Delayed" response from NICS in Item 21c as required by the regulation.

**Citation:** 27 CFR 478.124(c)(3)(iv)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** The licensee will obtain complete and accurate ATF Forms
*(If not corrected immediately)* 4473 prior to transferring firearms.

ATF E-Form 5030.5
Revised April 2005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 5 of |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | 9 Pages |

| License/Permit/Registry Number  (If any) | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | | 03/23/2015 through 04/29/2015 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:  7**

**Nature of Violation:**

The licensee failed to obtain complete and accurate ATF Forms 4473 prior to transferring firearms.

In five instances, the licensee failed to document a complete and/or accurate answer in Item 20a, Valid Government-Issued Photo Identification. of the purchaser.

In one instance, the licensee failed to document the "Alternate Documentation" if the drivers license or other identification document does not show current residence address.

**Citation:**   27 CFR 478.124(c)(3)(i)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:**  The licensee will obtain complete and accurate ATF Forms
*(If not corrected immediately)*   4473 prior to transferring firearms.

ATF E-Form 5030.5
Revised April 2005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 6 of 9 Pages |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | | 03/23/2015 through 04/29/2015 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 8

**Nature of Violation:**

The licensee failed to obtain complete and accurate ATF Forms 4473 prior to transferring firearms.

In two instances, the licensee accepted incorrect current residence address's in Item 2 on the ATF Form 4473. (ie. PO boxes)

In one instance, the licensee transferred a firearm to a purchaser who failed to answer 11c, "Have you ever been convicted in any court of a felony" on ATF Form 4473.

In two instances, the licensee transferred a firearm to a purchaser who failed to answer 11d. "Are you a fugitive from justice" on ATF Form 4473.

In one instances, the licensee transferred a firearm to a purchaser who failed to answer 11h. "Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner " on ATF Form 4473.

In two instances, the licensee transferred a firearm to a purchaser who failed to answer 11i. "Have you been convicted in any court of a misdemeanor crime of domestic violence" on ATF Form 4473.

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** The licensee will obtain complete and accurate ATF Forms
*(If not corrected immediately)* 4473 prior to transferring firearms.

For Official Use Only

ATF F-Form 5030.5
Revised April 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 7 of |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | 9 Pages |

| License/Permit/Registry Number  *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | | 03/23/2015  through  04/29/2015 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

In two instances, the licensee transferred a firearm to a purchaser who failed to answer 11j. "Have you renounced you United States citizenship" on ATF Form 4473.

In five instances, the licensee transferred a firearm to a purchaser who failed to answer 11d. "Are you an illegally in the United States" on ATF Form 4473.

In 10 instances, the licensee transferred a firearm to a purchaser who failed to answer 11l. "Are you an alien admitted to the United States under a nonimmigrant visa" on ATF Form 4473.

In 22 instances, the licensee transferred a firearm to a purchaser who failed to answer 17. "Certification Date" on ATF Form 4473.

Citation:   27 CFR 478.124(c)(1)

For Official Use Only

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 8 of |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | 9 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | | 03/23/2015 through 04/29/2015 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:   9**

**Nature of Violation:**

The licensee failed to obtain complete and accurate ATF Forms 4473 prior to transferring firearms.

In three instances, the licensee transferred a firearm to a purchaser who failed to answer 11a and/or answered "No", "Are you the actual transferee/buyer of the firearm listed on this form" on ATF Form 4473.

In nine instances, the licensee did not obtain the required Recertification in questions 24 and 25 (Buyers Signature and Date) before transferring the firearm to a purchaser who had initially received a "Delayed" response from NICS on ATF 4473.

In 23 instances, the licensee had the incorrect date recorded in Item 36 (Date of Transfer).

**Citation:**   27 CFR 478.21(a)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:**   The licensee will obtain complete and accurate ATF Forms
*(If not corrected immediately)*   4473 prior to transferring firearms.

ATF E-Form 5030.5
Revised April 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

### Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 9 of |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | 9 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | | 03/23/2015 through 04/29/2015 |

### Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 10

**Nature of Violation:**

The licensee failed to obtain complete and accurate ATF Forms 4473 prior to transferring firearms.

In one instance, the licensee accepeted a "Yes" answer to a prohibiting question in Section A. 11i (Have you ever been convicted in any court of a misdeanor crime of domestic violence) on ATF Form 4473 (18857) ▮▮▮▮▮▮▮ dated 1/10/15.

**Citation:** 27 CFR 478.99(c)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** The licensee will obtain complete and accurate ATF Forms
*(If not corrected immediately)* 4473 prior to transferring firearms.

I Have Received a Copy of This Report of Violations    *(Proprietor's signature and title)*    Owner

Date  4-29-15

Signature and Title of ATF Officer    Pamela Evart, IOI

Date  4-29-15

For Official Use Only

ATF E-Form 5030.5
Revised April 2005

## Acknowledgement of Federal Firearms Regulations

Page references are in ATF P 5300 4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Paducah Shooters Supply Inc. | 775045-2015-0090 |

| TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|
| **1. REQUIRED RECORDS & REPORTS** | | |
| Acquisition and Disposition Record | 478.125(e) | 66 |
| Computerized Acquisition and Disposition Record | ATF Ruling 2013-5 | |
| Transaction Record/ATF F 4473** | 478.124 | 63-65 |
| Identification Document | 478.11 | 37 |
| Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 68 |
| Report of Multiple Rifle Sales/ATF F 3310.12** (CA, AZ, NM, and TX FFLs ONLY) | 923(g)(5)(A) & Demand Letter 3 | 18 |
| Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 44 |
| Retention of Records | 478.129 | 68-69 |
| **2. CONDUCT OF BUSINESS** | | |
| Firearm Frame or Receiver | 478.11 | 36 |
| NICS Requirements | 478.102 & 478.131 www.fbi.gov/hq/cjisd/nics/index.htm | 54-55 & 69 |
| Secure Gun Storage or Safety Device | 921(a), 922(z), & 923(d)(1)(G) | 4 & 15-16 |
| Child Safety Lock Act | 18 U.S.C. 922(z) | 15-16 |
| Sales or Deliveries between Licensees | 478.94 & 478.95 | 52 |
| FFL EZ Check | www.atfonline.gov/fflezcheck | |
| Gun Show Guidelines** | 478.100 | 54 |
| Out of State/Mail Order and Internet Sales | 478.96 | 52 |
| Prohibited Sales and Deliveries | 478.99 | 53-54 |
| Ammunition - Age Requirements for Handgun Ammunition | 478.99(b)(1) | 53 |
| Sales to Law Enforcement Officers | 478.134 | 69-70 |
| Youth Handgun Safety Act- Sales of Handguns / Poster and Notices** | 478.103 | 55-56 |
| Obliterated Serial Number | 478.34 | 43 |
| Short Barreled Rifle & Shotgun | 478.11 | 39 |
| **3. LICENSES** | | |
| Engaged in the Business | 478.11 | 36 |
| Correction of Error | 478.48 | 48 |
| Posting of License | 478.91 | 50 |
| Renewal/Duration | 478.45 & 478.49 | 47 & 48 |
| Premises Covered | 478.50 | 48 |
| Reporting Changes of Address / ATF F 5300.38** | 478.52 | 48 |
| Reporting Changes in Trade Name | 478.53 | 48 |
| Reporting Changes of Control | 478.54 | 48 |
| Discontinuance of Business | 478.57 & 478.127 | 49 & 68 |
| **4. MISCELLANEOUS PROVISIONS** | | |
| Right of Entry and Examination | 478.23 | 40 |
| Tracing Request from ATF | 478.25a | 41 |
| "Straw" Purchase | 478.128 & General Info # 15 | 68 & 165 |
| Curios or Relics / ATF P 5300.11** | 478.11 | 35 |
| Antique Firearm / Muzzleloader (Conversion Exceptions) | 478.11 & General Info # 8(C) | 35-36 & 161 |
| Compliance with State Law Publication / ATF P 5300.5** | 478.24 | 40-41 |
| Consignment of Firearms | 478.124(a), Q&A Section F15, | 63 & 182-183 |
| Personal Firearms / ATF P 3312.8** | 478.125a | 67 |
| Firearm Transportation | 478.38 | 44 |
| **5. STATE LAWS AND LOCAL ORDINANCES** | | |
| Review of basic requirements including additional licenses, waiting periods, concealed carry permits, and firearms permits | | |
| **6. GUNSMITH ACTIVITIES**   N/A ☐ | | |
| Gunsmithing Definition | 478.11 - Engaged in the business (d) | 36 |
| Gunsmith Recordkeeping | 478.124(a) & .125(e), ATF Ruling 77-1 | 63,66 & 125-126 |
| Return of Repaired Firearm | 478.124(a), Q&A Section I | 63 & 184 |
| Firearms & Ammunition Excise Tax - Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.    Page 1 of 2

## Acknowledgement of Federal Firearms Regulations

Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Paducah Shooters Supply Inc. | 775045-2015-0090 |

| TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|
| **7.  FIREARMS & AMMUNITION MANUFACTURERS**  N/A [ ] | | |
| ☒ Manufacturer Definition | 478.11 and 479.11 | 37 & 82 |
| ☒ Markings | 478.92 , 479.102, Rulings 9-5, 12-1 & 13-3 | 50-51 & 91-92 |
| ☒ Records | 478.123 & 478.125(i), ATF Ruling 10-8 | 63 & 184 |
| ☒ Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | |
| ☒ Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| ☒ NFA Firearms | 479.103 | 92 |
| ☒ Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 84-86 |
| **8.  NFA DEALER**  N/A [ ] | | |
| ☒ Authorized Operations | ATF Ruling 76-22 | 125 |
| ☒ NFA Firearms | Part 479 | 79-97 |
| ☒ General Information / ATF P 5320.8** | Q&A Section M | 186-189 |
| ☒ Forms used to transfer NFA items | NFA Forms 1,2,3,4 & 5** | |
| ☒ Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 84-86 |
| **9.  IMPORTER**  N/A ☒ | | |
| Importer Definition | 478.11 | 37 |
| Importation Acquisition & Disposition Record | 478.122 & 478.125(i), ATF Ruling 11-1 | 62 & 67 |
| Markings | 478.92/112(d)(2) & 479.102, Ruling 13-3 | 50-51, 59 & 91-92 |
| ATF Forms 6 and 6A** | 478.112 | 57-58 |
| Firearm & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| NFA Firearms | 479.111-479.113 | 93-95 |
| **10. EXPORTATION**  N/A [ ] | | |
| ☒ Arms Export Control Act of 1976 | 22 U.S.C. 2778 | 98-100 |
| **11. SCHOOL ZONE**  N/A [ ] | ATF P 5310.1** | |
| ☒ If the FFL's premises falls within a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits/license options or the use of lockable containers. Refer to 18 U.S.C. 921(a)25 on page 7 for the full definition of "School Zone". | | |
| **12. GENERAL QUESTIONS AND ANSWERS**  [ ] | | 169-201 |

Investigator _____ Pamela Eisert _____ explained this information to me on   4  / 29 / 15

and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____  4-29-15
Applicant's/Licensee's Signature and Date

_____  4/29/15
ATF Investigator Signature and Date

**ATF Office Contact #:** (      )
**ATF Website:  www.atf.gov**

| | |
|---|---|
| Federal Firearms Licensing Center | 866-662-2750 |
| Firearms Tracing Center | 800-788-7133 |
| Firearms Imports Branch | 304-616-4550 |
| National Firearms Act (NFA) Branch | 304-616-4500 |
| Firearms Technology Branch | 304-260-1699 |
| Firearms Industry Programs Branch | 202-648-7190 |
| Distribution Center / Forms | 703-870-7526 |

**REPORTING THEFTS:** 888-930-9275
800-800-3855

Revised 5 15 2014

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.   Page 2 of 2