# Exhibit 8

ATF Forms 4473 related to Violation 3

(filed under pending motion to seal)