# Exhibit 10

ATF Forms 4473 related to Violation 4

(filed under pending motion to seal)