# Exhibit 11

ATF Forms 4473 related to Violation 5

(filed under pending motion to seal)