# Exhibit 12

ATF Forms 4473 related to Violation 6

(filed under pending motion to seal)