# Exhibit 13

## Acknowledgement of Federal Firearms Regulations

Page references are in Federal Firearms Regulations Reference Guide (ATF P 5300.4 - December 2014)

| Licensee Name: | UI Number: |
|---|---|
| **Paducah Shooters Supply, Inc. dba PSS** | **775045-2017-0128** |

| TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|
| **1. REQUIRED RECORDS & REPORTS** | | |
| ☒ Acquisition and Disposition Record | 478.125(e) | 65 |
| ☒ Computerized Acquisition and Disposition Record | ATF Ruling 2016-1 | 170 |
| ☒ Transaction Record/ATF F 4473** | 478.124 | 63-64 |
| ☒ Identification Document | 478.11 | 37 |
| ☒ Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 67 |
| ☐ Report of Multiple Rifle Sales/ATF F 3310.12** | 923(g)(5)(A) & Demand Letter 3 | 22 |
| (CA, AZ, NM, and TX FFLs ONLY) | | |
| ☒ Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 45 |
| ☒ Retention of Records | 478.129 | 68-69 |
| **2. CONDUCT OF BUSINESS** | | |
| ☒ Firearm Frame or Receiver | 478.11 | 37 |
| ☒ NICS Requirements | 478.102 & 478.131 | 53-54 & 68 |
| | www.fbi.gov/hq/cjisd/nics/index.htm | |
| ☒ Secure Gun Storage or Safety Device | 921(a), 922(z), & 923(d)(1)(G) | 10,15-16 & 19-20 |
| ☒ Child Safety Lock Act | 18 U.S.C. 922(z) | 19 |
| ☒ Sales or Deliveries between Licensees | 478.94 & 478.95 | 51 |
| ☒ FFL EZ Check | www.atfonline.gov/fflezcheck | |
| ☒ Gun Show Guidelines** | 478.100 | 53 |
| ☒ Out of State/Mail Order and Internet Sales | 478.96 | 51-52 |
| ☒ Prohibited Sales and Deliveries | 478.99 | 52-53 |
| ☒ Ammunition - Age Requirements for Handgun Ammunition | 478.99(b)(1) | 52 |
| ☒ Sales to Law Enforcement Officers | 478.134 | 68-69 |
| ☒ Youth Handgun Safety Act- Sales of Handguns / Poster and Notices | 478.103 | 54-56 |
| ☒ Obliterated Serial Number | 478.34 | 44 |
| ☒ Short Barreled Rifle & Shotgun | 478.11 | 39 |
| **3. LICENSES** | | |
| ☒ Engaged in the Business | 478.11 | 36 |
| ☒ Correction of Error | 478.48 | 47 |
| ☒ Posting of License | 478.91 | 50 |
| ☒ Renewal Duration | 478.45 & 478.49 | 46 & 47 |
| ☒ Premises Covered | 478.50 | 47 |
| ☒ Reporting Changes of Address / ATF F 5300.38** | 478.52 | 48 |
| ☒ Reporting Changes in Trade Name | 478.53 | 48 |
| ☒ Reporting Changes of Control | 478.54 | 48 |
| ☒ Discontinuance of Business | 478.57 & 478.127 | 48 & 67 |
| **4. MISCELLANEOUS PROVISIONS** | | |
| ☒ Right of Entry and Examination | 478.23 | 40 |
| ☒ Tracing Request from ATF | 478.25a | 41 |
| ☒ "Straw" Purchase | 478.128 | 67-68 |
| ☒ Curios or Relics / ATF P 5300.11** | 478.11 | 36 |
| ☒ Antique Firearm / Muzzleloader (Conversion Exceptions) | 478.11 & General Info. # 7 | 35 & 185 |
| ☒ Consignment of Firearms | 478.124(a), Q&A Section G22, | 63 & 204 |
| ☒ Personal Firearms / ATF P 3312.8** | 478.125a | 66-67 |
| ☒ Firearm Transportation | 478.38 | 44 |
| **5. STATE LAWS AND LOCAL ORDINANCES** | | |
| ☒ Compliance with State Law Publication / ATF P 5300.5** | 478.24 | 40-41 |
| ☒ Review of basic requirements including additional licenses, waiting periods, concealed carry permits, and firearms permits. | | |
| **6. GUNSMITH ACTIVITIES**    N/A ☐ | | |
| ☒ Gunsmithing Definition | 478.11 - Engaged in the business (d) | 36 |
| ☒ Gunsmith Recordkeeping | 478.124(a) & .125(e), ATF Ruling 77-1 | 63 & 65, 124 |
| ☒ Return of Repaired Firearm | 478.124(a), Q&A Section J | 63 & 206 |
| ☒ Firearms & Ammunition Excise Tax - Contact Ta____au | www.ttb.gov/firearms | 877-882-3277 |

**EXHIBIT 1**

**EXHIBIT 11**    tabbies®    1 of 2

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requiremen____

## Acknowledgement of Federal Firearms Regulations

Page references are in Federal Firearms Regulations Reference Guide (ATF P 5300.4 - December 2014)

| Licensee Name: | UI Number: |
|---|---|
| **Paducah Shooters Supply, Inc. dba PSS** | **775045-2017-0128** |

| TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|
| **7. FIREARMS & AMMUNITION MANUFACTURERS**    N/A ☐ | | |
| ☒ Manufacturer Definition | 478.11 and 479.11 | 37 & 81 |
| ☒ Markings | 478.92 , 479.102, Rulings 9-5, 12-1 & 13-3 | 50-51 & 89-90 |
| ☒ Records | 478.123 & 478.125(i), ATF Ruling 10-8 | 63-66 & 156 |
| ☒ Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | |
| ☒ Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| ☒ NFA Firearms | 479.103 | 90 |
| ☒ Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 82-84 |
| **8. NFA DEALER**    N/A ☐ | | |
| ☒ Authorized Operations | ATF Ruling 76-22 | 124 |
| ☒ NFA Firearms | Part 479 | 78-97 |
| ☒ General Information / ATF P 5320.8** | Q&A Section N | 208-210 |
| ☒ Forms used to transfer NFA items | NFA Forms 1,2,3,4 & 5** | |
| ☒ Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 82-84 |
| **9. IMPORTER**    N/A ☒ | | |
| ☐ Importer Definition | 478.11 | 37 |
| ☐ Importation Acquisition & Disposition Record | 478.122 & 478.125(i), ATF Ruling 11-1 | 62 &160 |
| ☐ Markings | 478.92/112(d)(2) & 479.102, Ruling 13-3 | 50/57 & 89-90 |
| ☐ ATF Forms 6 and 6A** | 478.112 | 56-57 |
| ☐ Firearm & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| ☐ NFA Firearms | 479.111-479.113 | 91-92 |
| **10. EXPORTATION**    N/A ☒ | | |
| ☐ Arms Export Control Act of 1976 | 22 U.S.C. 2778 | 95-106 |
| **11. SCHOOL ZONE**    N/A ☒ | ATF P 5310.1** | |

☐ If the FFL's premises falls within a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits/license options or the use of lockable containers. Refer to 18 U.S.C. 921(a)25 on page 7 for the full definition of "School Zone".

**12. GENERAL QUESTIONS AND ANSWERS**      191-217

☒

Investigator _____ **IOI Douglas J. Dillow** _____ explained this information to me on _5_ _22_ _17_ and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____ 5/22/17
Applicant's Licensee's Signature and Date
_____ 5-22-17

_____ 5/22/17
ATF Investigator Signature and Date

**Federal Firearms Regulations Reference Guide:** www.atf.gov/file/11241/download

**ATF Website: www.atf.gov**

**ATF Office Contact #:**    **502-753-3500**

**REPORTING THEFTS:**    **888-930-9275**
            **800-800-3855**

| | |
|---|---|
| Federal Firearms Licensing Center | 866-662-2750 |
| Firearms Tracing Center | 800-788-7133 |
| Firearms Imports Branch | 304-616-4550 |
| National Firearms Act (NFA) Branch | 304-616-4500 |
| Firearms and Ammunition Technology Branch | 304-260-1699 |
| Firearms Industry Programs Branch | 202-648-7190 |
| Distribution Center / Forms | 703-870-7526 |

*Revised 9 21 2016*

**EXHIBIT 1**

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.    Page 2 of 2

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 1 of |
|---|---|---|---|---|---|---|
| PADUCAH SHOOTERS SUPPLY INC PSS | 3919 CAIRO RD | PADUCAH | KY | 42001- | MCCRACKEN | 4 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 461145077C04096 | 3/1/2020 | 04/17/2017 through 05/22/2017 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 1

**Nature of Violation:**

Failure on one (1) form and two (2) instances to record or require the transferee/buyer to record all required information in items 31 and 32 of ATF Forms 4473. Item 31, Trade/corporate name and address of transferor, is blank on one (1) form. Item 32, Federal Firearms License Number, is blank on one (1) form.

**Citation:** 27 CFR 478.21(a)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** Ensure to require the transferee/buyer to record all necessary
*(If not corrected immediately)* information on ATF Forms 4473. Prior to transferring a firearm, make sure the transferee/buyer has answered "YES" they are the actual buyer and "NO" to the prohibiting questions (items 11b through 11l). Be sure that the seller's business name, address and FFL number is recorded on the ATF Form 4473 when transferring a firearm.

**Number:** 2

**Nature of Violation:**

Failure on 12 forms and 13 instances to require the transferee/buyer to record all required information in items 2, 11k, 11l, 12.d.1., 13 and 17 of ATF Forms 4473. Item 2, Current Residence Address, is answered in error on two (2) forms. Item 11k, Are you an alien illegally in the United States?, is blank on four (4) forms. Item 11l and item 12.d.1. (2016 edition), Are you an alien who has been admitted to the United States under a nonimmigrant visa?, are blank on four (4) forms. Item 13, What is your State of residence?, is answered in error on one (1) form. Item 17, Certification Date, is answered in error on two (2) forms.

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** Ensure to require the transferee/buyer to record all necessary
*(If not corrected immediately)* information on ATF Forms 4473. Prior to transferring a firearm, make sure the transferee/buyer has answered "YES" they are the actual buyer and "NO" to the prohibiting questions (items 11b through 11l).

ATF E-Form 5030.5
Revised April 2005