# Exhibit 14

UNITED STATES OF AMERICA       \*     U.S. DEPARTMENT OF JUSTICE
IN THE MATTER OF THE NOTICE     \*     BUREAU OF ALCOHOL, TOBACCO,
TO REVOKE OR SUSPEND AND/OR  \*     FIREARMS AND EXPLOSIVES
IMPOSE A CIVIL FINE ISSUED TO:  \*
                                       \*     LOUISVILLE FIELD DIVISION
                                       \*

Paducah Shooters Supply, Inc.     \*
3919 Cairo Road                  \*
Paducah, Kentucky 42001        \*

## <u>NOTICE OF HEARING</u>

On December 2, 2022, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Notice to Revoke or Suspend and/or Impose a Civil Fine, ATF Form 4500 (5300.4), to Paducah Shooters Supply, Inc., 3919 Cairo Road, Paducah, Kentucky 42001.

On December 15, 2022, ATF timely received a formal written request for a hearing on the Notice to Revoke or Suspend and/or Impose a Civil Fine from Paducah Shooters Supply, Inc.

Therefore, notice is given that a hearing on the matter will be conducted before the undersigned in accordance with the provisions of Title 18, United States Code, Section 923(f) and Title 27, Code of Federal Regulations, Part 478, Subpart E.

        DATE:           February 23, 2023
        TIME:           10:00 AM CST
        LOCATION:     1600 McCracken Blvd.
                         Suite 102
                         Paducah, KY 42001

As provided in 27 C.F.R. § 478.76, the licensee may be represented at the hearing. Further, the licensee may have witnesses appear on its behalf and submit relevant evidence.

All persons attending the hearing must bring a form of state- or federally-issued identification (e.g., driver's license or passport) for entry. Additionally, all persons attending the hearing are prohibited from bringing firearms, explosives, or other dangerous weapons into the federal building where the hearing is to occur or onto federal property. *See* 18 U.S.C. § 930; 41 C.F.R. § 102-74, Subpart C.

Please complete the enclosed Hearing Confirmation Form and return it to the following address:

Bureau of Alcohol, Tobacco, Firearms and Explosives
Louisville Field Division
600 Dr. Martin Luther King, Jr. Place
Suite 500
Louisville, Kentucky 40202
Attention: DIO Adam P. Rogers



Page 1 of 3

The Hearing Confirmation Form may also be emailed to adam.rogers@atf.gov.

If there is an emergency delay on the morning afternoon of the hearing, please contact the Louisville Field Division Paducah Satellite Office at (270) 444-5380.

Issued this 21st day of December 2022.

_____
Adam P. Rogers
Director, Industry Operations
Louisville Field Division
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Encl.:   Hearing Confirmation Form

Paducah Shooters Supply, Inc.

TO:    Bureau of Alcohol, Tobacco, Firearms and Explosives
       Louisville Field Division
       600 Dr. Martin Luther King, Jr. Place
       Suite 500
       Louisville, Kentucky 40202
       Attention: DIO Adam P. Rogers
       Adam.Rogers@atf.gov

## HEARING CONFIRMATION FORM

I hereby confirm that the hearing on the Notice to Revoke or Suspend and/or Impose a Civil Fine will be held at 10:00 a.m. on February 23, 2023, at 1600 McCracken Blvd., Paducah, KY 42001.

I anticipate that the following persons will attend the hearing as my representative or witness(es):

Chance Clanahan
Roy Lynn McCutchen

I understand that if I fail to appear for the hearing as scheduled, the hearing will occur in my absence.

_____        Date: _2/15/23_
Signature
Paducah Shooters Supply, Inc