# Exhibit 15

# FIREARMS QUALIFICATION REPORT

**Name:** Paducah Shooters Supply, Inc      **UI#:** 775045-2011-0107

**Trade Name:** PSS      **FFL#:** 4-61-145-07-PA-04096

**Address:** 3919 Cairo Road
Paducah, KY 42001

## 1 - Introduction

Industry Operations Investigator (IOI) Douglas Dillow from the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) visited the applicant, Paducah Shooters Supply, Inc, on January 28, 2011. Roy Lynn McCutchen, President, Stephen Z. Roach, Head Clerk, and Charles Albert Rubey II, Gunsmith, were interviewed for a pending Federal Firearms License (FFL) application. The applicant currently holds a type 01 dealers license that it will surrender after receiving the type 07 license. The applicant also holds a type 29 black powder license and it has paid the Special Occupational Tax (SOT) to deal in National Firearms Act (NFA) weapons.

## 2 - Recommendation

Approve original application.

## 3 - Application

The applicant is a corporation. Mr. McCutchen made the following changes to the application initialing and dating each correction. In item 2 the trade name was changed to show "PSS" as the new trade name. The total fees were added to item 11. Item 16 was changed to indicate leased or rented and Roy Lynn McCutchen was added as the property owner. The attachment for item 22 was amended to show Roy Lynn McCutchen's full name. McCraken county was added to item 27. No other changes were made to the application. Hidden ownership is not suspected.

## 4 – Business Profile

The applicant is a sporting goods store. The applicant sells firearms, firearm accessories, sporting goods, archery equipment and it is an authorized repair center for Remington, Browning, Mossberg, New England Firearms and Harrington & Richardson. The applicant also sales black powder (4-KY-01022) and it has paid the SOT (#2009348-N51-001) to deal in NFA firearms. The applicant has decided to manufacture firearms. The applicant's current plans include purchasing used firearms from law enforcement agencies. Some of the agencies only sell firearm parts. The applicant plans to purchase these parts and manufacture complete firearms by purchasing new frames and reassembling the firearms. The applicant has conducted business at one gun show in the past year. It uses Accusport, Zanders, Sports South and Henrys as its primary suppliers. A

Revised 3/25/10      Page 1 of 3

**EXHIBIT**

9

# FIREARMS QUALIFICATION REPORT

**Name:** Paducah Shooters Supply, Inc      **UI#:** 775045-2011-0107
**Trade Name:** PSS      **FFL#:** 4-61-145-07-PA-04096

type 07 license is appropriate for the planned business activity.

The applicant currently holds FFL 4-61-17414. Mr. McCutchen stated that he will surrender his current 01 license and records after receiving the type 07 license. Mr. McCutchen plans to deliver the old records to IOI Dillow at the Paducah satellite office. No other ATF licenses are held or required.

## 5 – Premises

The applicant has a suitable business premise that is owned by Mr. McCutchen. IOI Dillow informed the applicant of ATF's right of entry and that the records, inventory, and premises are subject to inspection. The business premises are in compliance with zoning regulations.

## 6 - Regulatory Requirements

IOI Dillow explained the required regulations to Roy Lynn McCutchen, President, Stephen Z. Roach, Head Clerk, and Charles Albert Rubey II, Gunsmith. The ATF Form 5300.11, Annual Firearms Manufacturing and Exportation Report, was discussed as was manufacturing records and marking requirements for firearms. The Acknowledgement of Federal Firearms Regulations was reviewed, signed, and attached as exhibit 1. IOI Dillow provided applicable reference materials as well as his contact information. Including but not limited to the following:

ATF P 5300.15- Federal Firearms Licensee Quick Reference and Best Practices Guide (Revised August 2010)

ATF P 3317.2- Safety and Security Information (Revised October 2004)

ATF P 3312.8 – Personal Firearms Record (Revised December 2003)

ATF F 3310.11 – Federal Firearms Licensee Firearms Inventory Theft/Loss Report (Revised September 2009)

ATF F 3310.4 – Report of Multiple Sale or Other Disposition of Pistols and Revolvers (Revised March 2009)

ATF F 4473 (5300.9) Part I – Firearms Transaction Record Part I – Over-the-Counter (Revised August 2008)

ATF I 5300.23A – Important Notice to Dealers and Other Participants at this Gun Show (Revised March 2006)

# FIREARMS QUALIFICATION REPORT

**Name:** Paducah Shooters Supply, Inc      **UI#:** 775045-2011-0107

**Trade Name:** PSS                          **FFL#:** 4-61-145-07-PA-04096

ATF P 5310.1 – Gun Free School Zone Notice (Revised April 2009)

ATF I 5330.16 – Antique Firearms under the Gun Control Act of 1968 and the Arms Export Control Act of 1976 (Revised March 2008)

ATF I 5300.2 – Youth Handgun Safety Act Notice (Revised July 2004)

ATF I 5300.1 – Youth Handgun Safety Act Poster (Revised April 2004)

NICS Guide for Appealing a Firearm Transfer DENIAL pamphlet

NICS Voluntary Appeal File pamphlet

Don't Lie for the Other Guy Retailers Kit

IOI Dillow's business card

## 7 - Variance Request

The applicant did not wish to request a variance at this time.

## 8 – Referrals

No referrals were generated from the inspection.

## 9 – Other

No other noteworthy findings were found.

| Douglas J. Dillow | Industry Operations Investigator | 1/28/2010 |
|---|---|---|
| Signature | Title | Date of Report |

## Index of Worksheets and Exhibits

Exhibit 1 - Acknowledgement of Federal Firearms Regulations

Worknote 1 - FFL Qualification Worknote (A/O file)

Revised 3/25/10                     Page 3 of 3