# Exhibit 16

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0039 (09/30/2023)

## Federal Firearms Licensee Firearms Inventory/
## Firearms in Transit Theft/Loss Report

*All entries must be in ink. Please read all notices and instructions carefully before completing this form.*

**Section A - Federal Firearms Licensee Theft/Loss Information**

| Federal Firearms License Number | Federal Firearms Licensee Telephone Number *(include area code)* |
|---|---|
| 4-61-145-07-3C-04096 | 270-443-3758 |

Trade/Corporate/Transferor/Sender Name

Paducah Shooters Supply Inc.

| Street Address of Federal Firearms Licensee | City | State | Zip Code |
|---|---|---|---|
| 3919 Cairo Rd | Paducah | KY | 42001 |

Federal Firearms Licensee Email Address

chance@pssguns.com

Full Name and Position of Person Making Report

Chance Clanahan / Vice President-RP

| | Date | Time | Description of Incident |
|---|---|---|---|
| DateTheft/Loss Discovered | 9/15/22 | 3:00 | ☐ Burglary   ☐ Robbery   ☐ In Transit<br>☐ Larceny   ☑ Missing Inventory |
| Police Notification | 9/15/22 | 3:00 | ATF Issued Incident Number |
| ATF Notification | 9/15/22 | 3:00 | |

| | Name/FFL# | Address | Telephone Number |
|---|---|---|---|
| Buyer/Transferee | | | |
| Carrier | | | |

| Shipment Tracking Number | Shipper/Carrier Claim Number | Date Shipped |
|---|---|---|
| | | |

Shipment Description

☐ Individual Parcel   ☐ Pallet   ☐ Shrink Wrapped Pallet   ☐ Other *(Describe)*:

Name of Local Authority to Whom Reported *(for burglary, larceny or robbery, include the police report number and officer/detective name)*
Paducah Police Department

| Street Address of Local Authority | Theft Location if Different from FFL Premises |
|---|---|
| 1400 Broadway St | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Paducah | KY | 42002 | | | |

Name and Telephone Number of the ATF Representative Notified *(if this report is the result of an ATF compliance inspection, provide the name and telephone number of the ATF Inspector)*

IOI Mark Doran / 270-217-6974

Brief Description of Incident *(e.g., how firearms were stolen)*
During the course of an ATF compliance inspection the following firearms were acquired but could not be located in inventory and disposition documents concerning the firearms could not be located.

EXHIBIT
12

ATF Form 3310.11
Revised October 2020

Section B - Description of Firearms (use ATF Form 3310-11A, Theft Loss Report Continuation Sheet if necessary)

| Manufacturer | Importer | Model | Serial Number | Type | Caliber/ Gauge | Acquisition Date |
|---|---|---|---|---|---|---|
| Ruger | | LCP | 371202662 | PISTOL | 380 | 11/22/19 |
| American Tactical Import | ATI | Milsport SG | MSA063490 | SHOTGUN | 410 | 11/25/20 |
| Springfield Armory | | XD45 | GM487201 | PISTOL | 45 | 10/27/17 |
| Glock | | 17 | BEMW156 | PISTOL | 9 | 8/29/18 |
| Anderson Manufacturing | | AM-15 | 19217906 | RECEIVER | NONE | 8/29/19 |
| Smith and Wesson | | M&P Shield | NHS3907 | PISTOL | 9 | 10/21/20 |
| Springfield Armory | | MIA | 037344 | RIFLE | 7.62 | 12/21/19 |
| Springfield Armory | | XDM | A1283883 | PISTOL | 9 | 3/11/20 |
| Tactical Innovations | | TAC16 | 1611058 | SUPRESSOR | 223 | 6/8/12 |
| Double Star Corporation | | STAR15 | DSS001659 | SUPRESSOR | 223 | 6/15/14 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[✓] Some or all of the stolen/missing inventory listed in Section B falls within the purview of the National Firearms Act (NFA) (see Definitions).

**Certification**

I hereby certify that the information contained in this report is true and correct. I also understand that failure to report the theft or loss of a firearm from my inventory or collection within 48 hours of the discovery of the theft/loss is a violation of 18 U.S.C. § 923(g)(6) punishable as a felony.

Signature of Licensee

Date
9/15/22

Completed forms can be mailed, emailed or faxed. For more information, call toll free 888-930-9275.

| MAIL THIS FORM TO: | U.S. DEPARTMENT OF JUSTICE NTC - LESB - SFP 244 NEEDY RD. MARTINSBURG, WV 25405 | EMAIL THIS FORM TO: StolenFirearms@atf.gov FAX THIS FORM TO: 304-260-3676 or 304-260-3671 |
|---|---|---|

**Important Notice**

Section 923 (g). Title 18 U.S.C. requires each Federal Firearms Licensee (FFL) must report the theft or loss of a firearm from the FFL's inventory (including any firearm which has been transferred from the FFL's inventory to a personal collection and held as a personal firearm for at least one year), or from the collection of a licensed collector, within 48 hours after the theft or loss is discovered. FFLs must report such thefts or losses by preparing ATF Form 3310.11, and report the theft or loss to the appropriate local authorities.

This includes the responsibility to report a theft or loss that occurs once the licensee has placed a firearm in shipment. Shipper/Transferor FFL is required by law under 27 CFR 478.39a to submit ATF Form 3310.11.

This form should not be used by common carriers for reporting the theft/loss of firearms. Common carriers wishing to voluntarily report thefts/losses of firearms from shipments should utilize ATF Form 3310.6.

ATF Form 3310.11
Revised October 2020

## Instructions To Federal Firearms Licensees

1. Federal Firearm Licensees must report the theft or loss of firearms within 48 hours of discovery. When a firearm is stolen or lost in transit, for reporting purposes, the firearm is considered stolen or lost from the transferor's/sender's inventory.

2. This form is to be used to provide written notification of firearms thefts or losses to the ATF Stolen Firearms Program. The ATF Issued Incident Number will be provided to you at a later time to record in Section A.

3. A separate form is required for each theft or loss incident. Please use ATF Form 3310-11A, Federal Firearms Licensee Theft/Loss Report Continuation Sheet, when the number of lost/stolen firearms exceeds the space allowed in Section B.

4. Licensees shall reflect the theft or loss of a firearm as a disposition entry in the Record of Acquisition and Disposition required by 27 CFR Part 478 Subpart H, not later than 7 days following discovery of the theft/loss. The disposition entry should indicate whether the incident is a theft or loss, the ATF Issued Incident Number, and the incident number provided by the local law enforcement agency.

5. Upon completion, a copy of this report must be maintained at your premises as part of your permanent records, and a copy should be forwarded to the ATF Stolen Firearms Program.

6. Licensees who report the theft or loss of a firearm and later discover its whereabouts shall advise the ATF Stolen Firearms Programs, and shall re-enter the firearm in the Record of Acquisition and Disposition as an acquisition or disposition entry as appropriate.

7. Additional forms may be obtained online via atf.gov/resource-center/forms-library, or through the ATF Distribution Center via atf.gov/distribution-center-order-form, or by calling (240) 828-5316.

## Definitions

The following firearms fall within the purview of the NFA under 27 U.S.C. § 5845

1. **Short-barreled shotgun** - Shotguns with barrels less than 18 inches long or any weapon made from a shotgun having an overall length of less than 26 inches or a barrel less than 18 inches in length

2. **Short-barreled rifle** - Rifles with barrels less than 16 inches long, or any weapon made from a rifle having an overall length of less than 26 inches or a barrel less than 16 inches in length

3. **Any other weapon** - A weapon, except a conventional pistol or revolver, having a rifled bore, capable of firing a shot and being concealed on the person. Examples include "pen guns" ostensibly designed to expel tear gas but which fire fixed ammunition, H & R Handy Guns, Ithaca Auto-Burglar guns, can guns, and gadget-type firearms

4. **Machinegun** - Any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by single function of the trigger. The term also includes the frame or receiver of any such weapon, any combination of parts designed and intended for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person

5. **Destructive device** - Destructive devices include explosive, incendiary, including so called "molotov cocktails", or poison gas, bombs, grenades, rockets, missiles, mines, and similar devices. Included in this category are weapons with bore of more than one-half inch in diameter, except a shotgun shell (for example anti-tank guns, bazookas and mortars). This includes any combination of parts designed or intended to convert a device into a destructive device

6. **Muffler or silencer** - A device for silencing, muffling, or diminishing the report of any portable firearm. This includes any combination of part designed or redesigned and intended for use in assembling a silencer/muffler or any part intended only for use in assembly of a silencer or muffler

## Paperwork Reduction Act Notice

The information required on this form is in accordance with the Paperwork Reduction Act of 1995. The purpose of this information is to provide notification to ATF of the theft or loss of firearms from the inventory of a Federal Firearms Licensee and from the collection of a licensed collector, including firearms falling within the purview of the National Firearms Act (NFA). The information is subject to inspection by ATF offices. The information on this form is required by 18 U.S.C. § 923(g)(6).

The estimated average burden associated with this collection is 24 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number

ATF Form 3310-11
Revised October 2020

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Firearms Lost or Stolen**

**FFL** PADUCAH SHOOTERS SUPPLY INC
**Inspection:** FCI-32606
**Date Generated:** 9/15/2022
**RDS Key:** 4-61-04096
**Lead Industry Operations Investigator:** Mark Doran

**Lost or Stolen Firearms**

| Acquisition Date | Type | Manufacturer | Importer | Model | Caliber/Gauge | Serial Number |
|---|---|---|---|---|---|---|
| 11/22/2019 | PISTOL | RUGER | | LCP | 380 | 371202662 |
| 11/25/2020 | SHOTGUN | AMERICAN TACTICAL IMPORTS - ATI | ATI - AMERICAN TACTICAL IMPORTS INC | MILSPORT SGA | 410 | MSA063490 |
| 10/27/2017 | PISTOL | SPRINGFIELD ARMORY, GENESEO IL | | XD45 | 45 | GM487201 |
| 02/20/2018 | SHOTGUN | BERETTA USA CORP | | UNKNOWN | 28 | XA137926 |
| 08/29/2018 | PISTOL | GLOCK INC | | 17 | 9 | BFMW156 |
| 08/29/2019 | RECEIVER | ANDERSON MANUFACTURING | | AM-15 | NONE | 19217906 |
| 10/21/2020 | PISTOL | SMITH & WESSON | | M&P 9 SHIELD EZ | 9 | NHS3907 |
| 12/21/2019 | RIFLE | SPRINGFIELD ARMORY, GENESEO IL | | M1A | 762 | 037344 |
| 03/11/2020 | PISTOL | SPRINGFIELD ARMORY, GENESEO IL | | XDM | 9 | AT283883 |
| 06/08/2012 | FIREARM SILENCER | TACTICAL INNOVATIONS INC | | TAC16 | 223 | 1611058 |
| 06/13/2014 | FIREARM SILENCER | DOUBLE STAR CORP | | STAR15 | 223 | DSS001659 |

Legal Disclaimer  This list has been provided to you as a courtesy to utilize as an attachment when completing ATF F 3310 11  Federal Firearms Licensee Firearms Inventory Theft/Loss Report  The source of this list is from the firearm inventory conducted by IOI Mark Doran and you have had the chance to review and verify the firearms determined missing  Section 923 (g)  Title 18 U.S.C , requires each Federal Firearms Licensee (FFL) to report the theft/loss of a firearm from the licensee's inventory  from the collection of a licensed collector  or any firearm which has been transferred from the licensee's inventory to a personal collection and held as a personal firearm for at least one year  The licensee must report the theft/loss within 48 hours of discovery to the Bureau of Alcohol  Tobacco  Firearms and Explosives  (ATF) by calling 1-888-930-9275  preparing form ATF F 3310 11  and contacting local law enforcement authorities

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0039 (09/30/2023)

## Federal Firearms Licensee Firearms Inventory/ Firearms in Transit Theft/Loss Report

*All entries must be in ink. Please read all notices and instructions carefully before completing this form.*

### Section A - Federal Firearms Licensee Theft/Loss Information

| Federal Firearms License Number | Federal Firearms Licensee Telephone Number *(include area code)* |
|---|---|
| 4-61-145-07-3C-04096 | 270-443-3758 |

Trade/Corporate/Transferor/Sender Name
Paducah Shooters Supply Inc.

| Street Address of Federal Firearms Licensee | City | State | Zip Code |
|---|---|---|---|
| 3919 Cairo Rd | Paducah | KY | 42001 |

Federal Firearms Licensee Email Address
chance@pssguns.com

Full Name and Position of Person Making Report

Chance Clanahan / Vice President-RP

| | Date | Time | Description of Incident |
|---|---|---|---|
| DateTheft/Loss Discovered | 9/15/22 | 1500 | ☐ Burglary   ☐ Robbery   ☐ In Transit<br>☐ Larceny   ☑ Missing Inventory |
| Police Notification | 9/15/22 | 1500 | ATF Issued Incident Number |
| ATF Notification | 9/15/22 | 1500 | |

| | Name/FFL# | Address | Telephone Number |
|---|---|---|---|
| Buyer/Transferee | | | |
| Carrier | | | |

| Shipment Tracking Number | Shipper/Carrier Claim Number | Date Shipped |
|---|---|---|
| | | |

Shipment Description

☐ Individual Parcel   ☐ Pallet   ☐ Shrink Wrapped Pallet   ☐ Other *(Describe)*

Name of Local Authority to Whom Reported *(for burglary, larceny or robbery; include the police report number and officer detective name)*
Paducah Police Department

| Street Address of Local Authority | Theft Location if Different from FFL Premises |
|---|---|
| 1400 Broadway St | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Paducah | KY | 42002 | | | |

Name and Telephone Number of the ATF Representative Notified *(if this report is the result of an ATF compliance inspection, provide the name and telephone number of the ATF Inspector)*

IOI Mark Doran / 270-217-6974

Brief Description of Incident *(e.g., how firearms were stolen)*
SUPPLEMENTAL SUBMISSION: This firearm was accidentally left off the original submission (REF: F20220001691)

During the course of an ATF compliance inspection the following firearms were acquired but could not be located in inventory and disposition documents concerning the firearms could not be located.

ATF Form 3310.11
Revised October 2020

**Section B - Description of Firearms** *(use ATF Form 3310 11A, Theft Loss Report Continuation Sheet if necessary)*

| Manufacturer | Importer | Model | Serial Number | Type | Caliber/ Gauge | Acquisition Date |
|---|---|---|---|---|---|---|
| Beretta | | A-400 | XA137926 | SHOTGUN | 28 | 2/20/18 |
| Silencerco | | Omega 36M | OMG36M6011 | SUPRESSOR | 36 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[✓] Some or all of the stolen/missing inventory listed in Section B falls within the purview of the National Firearms Act *(NFA) (see Definitions)*.

**Certification**

I hereby certify that the information contained in this report is true and correct. I also understand that failure to report the theft or loss of a firearm from my inventory or collection within 48 hours of the discovery of the theft/loss is a violation of 18 U.S.C. § 923(g)(6) punishable as a felony.

| Signature of Licensee | Date |
|---|---|
| *[signature]* | 9/23/22 |

Completed forms can be mailed, emailed or faxed. For more information, call toll free 888-930-9275.

| MAIL THIS FORM TO: | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE NTC - LESB - SFP 244 NEEDY RD. MARTINSBURG, WV 25405 | EMAIL THIS FORM TO: StolenFirearms@atf.gov<br><br>FAX THIS FORM TO: 304-260-3676 or 304-260-3671 |

**Important Notice**

Section 923 (g), Title 18 U.S.C., requires each Federal Firearms Licensee (FFL) must report the theft or loss of a firearm from the FFL's inventory (including any firearm which has been transferred from the FFL's inventory to a personal collection and held as a personal firearm for at least one year), or from the collection of a licensed collector, within 48 hours after the theft or loss is discovered. FFLs must report such thefts or losses by preparing ATF Form 3310.11, and report the theft or loss to the appropriate local authorities.

This includes the responsibility to report a theft or loss that occurs once the licensee has placed a firearm in shipment. Shipper/Transferor FFL is required by law under 27 CFR 478.39a to submit ATF Form 3310.11.

This form should not be used by common carriers for reporting the theft/loss of firearms. Common carriers wishing to voluntarily report thefts/losses of firearms from shipments should utilize ATF Form 3310.6.

ATF Form 3310.11
Revised October 2020

## Instructions To Federal Firearms Licensees

1   Federal Firearm Licensees must report the theft or loss of firearms within 48 hours of discovery. When a firearm is stolen or lost in transit, for reporting purposes, the firearm is considered stolen or lost from the transferor's/sender's inventory.

2   This form is to be used to provide written notification of firearms thefts or losses to the ATF Stolen Firearms Program. The ATF Issued Incident Number will be provided to you at a later time to record in Section A.

3   A separate form is required for each theft or loss incident. Please use ATF Form 3310 11A, Federal Firearms Licensee Theft/Loss Report Continuation Sheet when the number of lost/stolen firearms exceeds the space allowed in Section B.

4   Licensees shall reflect the theft or loss of a firearm as a disposition entry in the Record of Acquisition and Disposition required by 27 CFR Part 478 Subpart H, not later than 7 days following discovery of the theft/loss. The disposition entry should indicate whether the incident is a theft or loss, the ATF Issued Incident Number, and the incident number provided by the local law enforcement agency.

5   Upon completion, a copy of this report must be maintained at your premises as part of your permanent records, and a copy should be forwarded to the ATF Stolen Firearms Program.

6   Licensees who report the theft or loss of a firearm and later discover its whereabouts shall advise the ATF Stolen Firearms Programs, and shall re-enter the firearm in the Record of Acquisition and Disposition as an acquisition or disposition entry as appropriate.

7   Additional forms may be obtained online via atf.gov/resource-center/forms library, or through the ATF Distribution Center via atf.gov/distribution-center-order-form, or by calling (240) 828-5316.

## Definitions

The following firearms fall within the purview of the NFA under 27 U S C § 5845

1   **Short-barreled shotgun** - Shotguns with barrels less than 18 inches long or any weapon made from a shotgun having an overall length of less than 26 inches or a barrel less than 18 inches in length

2   **Short-barreled rifle** - Rifles with barrels less than 16 inches long, or any weapon made from a rifle having an overall length of less than 26 inches or a barrel less than 16 inches in length

3   **Any other weapon** - A weapon, except a conventional pistol or revolver having a rifled bore, capable of firing a shot and being concealed on the person. Examples include "pen guns" ostensibly designed to expel tear gas but which fire fixed ammunition, H & R Handy Guns, Ithaca Auto-Burglar guns, can guns, and gadget-type firearms

4   **Machinegun** - Any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by single function of the trigger. The term also includes the frame or receiver of any such weapon, any combination of parts designed and intended for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person

5   **Destructive device** - Destructive devices include explosive, incendiary including so called "molotov cocktails", or poison gas bombs, grenades, rockets, missiles, mines, and similar devices. Included in this category are weapons with bore of more than one-half inch in diameter, except a shotgun shell (for example anti-tank guns, bazookas and mortars). This includes any combination of parts designed or intended to convert a device into a destructive device

6   **Muffler or silencer** - A device for silencing, muffling, or diminishing the report of any portable firearm. This includes any combination of part designed or redesigned and intended for use in assembling a silencer/muffler or any part intended only for use in assembly of a silencer or muffler

## Paperwork Reduction Act Notice

The information required on this form is in accordance with the Paperwork Reduction Act of 1995. The purpose of this information is to provide notification to ATF of the theft or loss of firearms from the inventory of a Federal Firearms Licensee and from the collection of a licensed collector, including firearms falling within the purview of the National Firearms Act (NFA). The information is subject to inspection by ATF offices. The information on this form is required by 18 U S C § 923(g)(6)

The estimated average burden associated with this collection is 24 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Reports Management Officer, Document Services, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number

ATF Form 3310 11
Revised October 2020