# Exhibit 17

1. Failure to report multiple sales or other dispositions of pistols and revolvers.

Reviewed and updated policy on timely completion of ATF form 3310.4. Multiple sale form must be completed at time of sale.

2. Failure to execute a NICS background check.

The form of I.D. used on the 4473 must be entered into the computer at time of sale. (Our POS will not let us proceed with an expired I.D.) Checking all NICS exemption forms to make sure all our valid and double checking before customer leaves the store.

3. Failure to maintain an accurate/complete/timely licensee disposition record.

At the time the 4473s are filed the form is checked against our bound book record to make sure the firearm was disposed of correctly.

4. Failure to obtain a completed ATF form 4473.

All 4473s are checked by a second employee before the purchasers information is entered into the computer.

5. Implementing electronic 4473 to reduce the chance for errors.
6. Quarterly firearms and NFA inventories to ensure nothing is missing and if we have a failure to dispose it is much easier and quicker to identify and properly dispose of immediately.
7. Blue ink must be used by employee and customer to fill out paper 4473s so that mistakes and missing info is much easier to identify.
8. Expanded training in properly filling out a 4473.
9. All 4473s must be checked by a 2nd employee before the customer leaves the store.
10. Insuring all lay aways and Illinois firearms are properly disposed of at the time of transfer.

FFL Ex 1