UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

PADUCAH SHOOTER'S SUPPLY, INC.                                              PETITIONER

v.                                                             CIVIL ACTION NO: 5:23-CV-88-BJB

ADAM P. ROGERS, in his Official Capacity as
Director of Industry Operations, Louisville Field Division,
Bureau of Alcohol, Tobacco, Firearms and Explosives                         RESPONDENT

### JOINT MOTION TO DISMISS UNDER FED. R. CIV. P. 41(a)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2), and in light of the June 11 teleconference with the Court, Plaintiff and Defendant hereby jointly move the Court to dismiss this action with prejudice, subject to the terms of the settlement agreement set forth in the attached proposed order. The Parties ask for the Court to retain ancillary jurisdiction over this matter to enforce the terms of the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Parties further inform the Court that each party agrees to bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ R. Kent Westberry (with permission)<br>R. Kent Westberry<br>Bridget M. Bush<br>LANDRUM & SHOUSE, LLP<br>220 W. Main Street, Suite 1900<br>Louisville, KY 40202<br>Phone: (502) 589-7616<br>kwestberry@landrumshouse.com<br>bbush@landrumshouse.com<br>*Counsel for Petitioner* | MICHAEL A. BENNETT<br>United States Attorney,<br>Western District of Kentucky<br><br>/s/ Timothy D. Thompson<br>Timothy D. Thompson<br>Assistant United States Attorney<br>717 West Broadway<br>Louisville, KY 40202<br>Phone: (502) 582-6238<br>Timothy.thompson@usdoj.gov<br>Western District of Kentucky<br>*Counsel for Respondent* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which automatically provides notice to all counsel of record.

/s/ Timothy Thompson
Timothy D. Thompson
Assistant United States Attorney