UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

PADUCAH SHOOTER'S SUPPLY, INC.                               PETITIONER

v.                                                                CIVIL ACTION NO: 5:23-CV-88-BJB

ADAM P. ROGERS, in his Official Capacity as
Director of Industry Operations, Louisville Field Division,
Bureau of Alcohol, Tobacco, Firearms and Explosives          RESPONDENT

## ORDER

Upon the Joint Motion to Dismiss under Fed. R. Civ. P. 41(a)(2), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED**:

1. This action is dismissed with prejudice, with each Party to bear their own costs, expenses, and attorneys' fees;

2. The Court shall retain ancillary jurisdiction of this matter solely for the purpose of enforcing the terms of the Settlement Agreement, which are set forth below in **Exhibit 1**;

3. The Court's ancillary jurisdiction shall last through August 31, 2026, which is one month after the last action required by the Settlement Agreement (see Paragraph 3(b) of the Settlement Agreement).

Benjamin Beaton, District Judge
United States District Court

June 19, 2024

# SETTLEMENT AGREEMENT

This Settlement Agreement (the "Agreement") is entered into by and between Paducah Shooter's Supply, Inc. ("Licensee") and Adam Rogers, Director, Industry Operations ("DIO") for the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Louisville Field Division (collectively, the "Parties"; separately, the "Party").

**WHEREAS,** Licensee holds a federal firearms license (No. 4-61-145-07-3C-04096) ("License");

**WHEREAS,** on January 3, 2022, ATF initiated a compliance inspection ("Compliance Inspection") of Licensee;

**WHEREAS,** during the Compliance Inspection, ATF identified violations of the Gun Control Act of 1968, as amended, 18 U.S.C. Chapter 44, and the regulations issued thereunder, 27 C.F.R. Part 478 (collectively, the "GCA");

**WHEREAS,** ATF issued a Notice to Revoke or Suspend License and/or Impose a Civil Fine, dated December 2, 2022 ("Initial Notice of Revocation");

**WHEREAS,** an administrative hearing on the Initial Notice of Revocation was held on February 23, 2023 ("Hearing");

**WHEREAS,** after the DIO considered and reviewed all evidence presented, ATF issued a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License on May 8, 2023 ("Final Notice of Revocation");

**Exhibit 1**

**WHEREAS,** Licensee filed a petition in the U.S. District Court for the Western District of Kentucky on June 16, 2023, Civil Action No. 5:23-cv-88-BJB, seeking a *de novo* review of the Final Notice of Revocation pursuant to 18 U.S.C. § 923(f)(3) ("the Action");

**WHEREAS,** Licensee obtained in the Action a preliminary injunction on August 12, 2023, enjoining DIO Rogers from revoking its License;

**WHEREAS,** the Parties have been engaged in discovery for the purpose of filing dispositive motions; and

**WHEREAS,** the Parties wish to resolve and settle the Action, upon the terms and conditions set forth below:

**THEREFORE**, in consideration of the foregoing Recitals, the mutual covenants and promises, and other good and valuable consideration hereafter set forth, the following Agreement is hereby made and confirmed between the Parties:

1) Licensee agrees that it violated the GCA when:

   (a) On three occasions, Licensee transferred a firearm to an unlicensed person without first contacting the National Instant Criminal Background Check System ("NICS") and waiting three days before allowing the transfer, in violation of 18 U.S.C. § 922(t) and 27 C.F.R. §§ 478.102(a), (d)(1). (See Appendix A of the Initial Notice of Revocation).

   (b) On one occasion, Licensee sold or otherwise disposed of a firearm to an unlicensed person without recording the transaction on a Firearms Transaction Record, ATF Form 4473, in violation of 18 U.S.C. §§ 922(m) and 922(b)(5) and 27 C.F.R. § 478.124(a). (See Appendix B of the Initial Notice of Revocation).

Page **2** of **10**

**Exhibit 1**

(c) On 11 occasions, Licensee failed to obtain a complete and/or accurate Firearms Transaction Record, ATF Form 4473, from the transferee prior to making an over-the-counter transfer of a firearm to a non-licensee, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(1). (See Appendix C of the Initial Notice of Revocation).

(d) On three occasions, Licensee failed to obtain/execute the Firearms Transaction Record, ATF Form 4473 as indicated by the headings on the Form and the instructions on or pertaining to the Form, in violation of 18 U.S.C. § 922(m) and 27 C.F.R. § 478.21(a). (See Appendix D of the Initial Notice of Revocation).

(e) On 10 occasions, Licensee transferred a firearm to a non-licensee without verifying the identity of the transferee by examining the identification document presented or noting the type on a Firearms Transaction Record, ATF Form 4473, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(3)(i). (See Appendix E of the Initial Notice of Revocation).

(f) On 20 occasions, Licensee transferred a firearm to a non-licensee without recording the date Licensee contacted NICS, any response provided by the system and/or any identification number provided by the system information on the Firearms Transaction Record, ATF Form 4473, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(3)(iv). (See Appendix F of the Initial Notice of Revocation).

(g) On 12 occasions, Licensee failed to timely and/or accurately record the disposition of firearms, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.123. (See Appendix G of the Initial Notice of Revocation).

2) Licensee agrees that upon execution of this Agreement it will implement the following measures to improve compliance with the GCA and makes the following representations:

**Exhibit 1**

(a) Licensee has represented it has implemented AXiS's electronic recordkeeping system with integrated e-NICS and e-Form 4473 (the AXiS system) and will continue to use it for all firearm transactions (including attempted purchases) as well as for acquisition and disposition ("A&D") documentation. While ATF does not endorse any recordkeeping system, it recognizes the AXiS System is compliant with ATF Rulings 2016-1 (electronic A&D Record), 2016-2 (electronic ATF Form 4473), and 2022-1 (storage capacity). If Licensee intends to adopt an electronic record keeping system other than AXiS, it must, in accordance with Ruling 2022-1, notify ATF at least 60 days in advance of such change. In the event that AXiS is replaced, all terms of this agreement remain in effect and applicable as to any substituted electronic recordkeeping system that is compliant with operative ATF regulations and rulings. If the AxiS system comes out of compliance with operative ATF regulations and rulings regarding recordkeeping, Licensee must promptly adopt an electronic record keeping system that complies and notify ATF of that change. It is Licensee's responsibility to ensure whatever electronic recordkeeping system it chooses allows it to fulfill its recordkeeping obligations.

(b) Licensee will ensure that all salespersons, managers, responsible persons, and any other employees who may sell firearms and/or input information in the AXiS system (or successor system) are adequately trained how to use it. Ongoing training is to be provided as necessary, and new-hire training is to be provided prior to any person selling firearms or otherwise using the Axis or successor system on behalf of the Licensee.

(c) Licensee will immediately implement system updates to AXiS's electronic recordkeeping system or any successor system to ensure continued compliance with the GCA.

(d) Licensee is ultimately responsible for the accuracy of its records. Reliance upon an electronic recordkeeping system does not excuse Licensee from monitoring and ensuring compliance.

**Exhibit 1**

(e) Licensee will implement a three-tier review of all ATF Forms 4473 to ensure they are complete and accurate, as follows: 1) by the employee handling the transaction prior to the transfer, 2) by a manager prior to the transfer, and 3) by a responsible person before the form is filed. The second and third reviewers will place their initials and date in block 32 of the Form 4473.

(f) Prior to any firearm transaction, two of Licensee's employees will check licenses and ensure the appropriateness of any Brady alternative at the time of the transfer. For example, two employees must check licenses to carry concealed firearms or other deadly weapons (CCDWL) to verify that the CCDWL was issued by the State of Kentucky, has not expired, and was issued within the last five years. One of the reviewing employees must be a manger and/or a responsible person.

(g) Licensee will ensure that all Kentucky CCDWLs accepted as an exemption to NICS are valid, and if not, Licensee must conduct a NICS check. Licensee understands that invalid CCDWLs are not acceptable identification documents and may not be used as such. Licensee also understands that NICS checks are often preferable to Brady alternative documents due to the recency of the information as well as eliminating the risk of accepting an unqualified permit or license.

(h) Licensee will conduct an inventory reconciliation every three months (by make, model, and serial number) beginning on July 1, 2024. The results will be compared to Licensee's A&D Records to reveal any discrepancies. If firearms are discovered missing, Licensee will notify ATF within 48 hours of any missing firearms and file the required ATF Form 3310.11, Theft/Loss Report as required by law. Licensee will document the quarterly inventories in its A&D Records and make such inventories available to ATF upon request.

(i) Licensee adopts and agrees to implement the operating procedures and training protocols set forth in the attached Exhibits A, B, and C. Licensee will maintain records showing that the trainings described in Exhibits B and C have been conducted.

**Exhibit 1**

(j) On or before June 14, 2024, Licensee will hold a mandatory in-person training session for all employees that will cover regulatory compliance in general and focus on topics including: proper completion of the ATF Form 4473, qualifying NICS exemptions, A&D records requirements, prohibited purchasers, straw purchase identification, and multiple handgun sales and reporting requirements. Licensee must submit the records listed above to ATF within seven (7) days of completion of the training. Licensee will submit records of this training to the Area Supervisor for the Louisville Area Office.

(k) The training described in Paragraph 2(j) will be provided to any newly hired employees. Further, refresher training will be regularly provided to all employees. No employee will participate in the sale of a firearm until they have completed the training. For all trainings, including the initial training session referenced in Paragraph 2(j), Licensee will keep records showing the course content, recording attendance, listing the time and place of all trainings, and identifying the instructor(s) who conduct the trainings.

**3)** Licensee further agrees to:

(a) Suspend all firearms transactions for the time necessary for a third-party consultant who Licensee shall hire at its expense to conduct an audit of Licensee's completed ATF Forms 4473 over the past 12 months and its inventory. This audit shall be completed by July 31, 2024. Licensee shall notify ATF within 10 days of completion of the audit.

(b) Provide certification of its compliance with the terms of this Agreement to ATF by every July 31 for three years (2024, 2025, and 2026) to the Area Supervisor for the Louisville Area Office.

**4)** ATF agrees to/that:

(a) Withdraw the Final Notice of Revocation. There will be no finding of willfulness stemming from the violations cited in the Initial Notice of Revocation or the Final Notice of Revocation.

**Exhibit 1**

       (b) Subject to Licensee's compliance with the terms of this Agreement, ATF will consider Licensee's application(s) for renewal of its federal firearms license without any of the violations cited in the Initial Notice of Revocation or the Final Notice of Revocation serving as a substantive basis for the denial of any such future application.

    **5)**      Within ten (10) business days after execution of this Agreement, the Parties shall file in this Action a stipulation of dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties agree that the Court shall retain jurisdiction to enforce the terms of this Agreement.

    **6)**      This Agreement, the Initial Notice of Revocation, the exhibits and documents from the Hearing, and the Final Notice of Revocation will remain part of Licensee's compliance history.  ATF reserves the right to use the knowledge of any violations cited in the Initial Notice of Revocation, discussed at the hearing, or documented in the Final Notice of Revocation as evidence of willfulness as to any future licensing proceedings that may occur and reminds Licensee that any future violations, either repeat or otherwise, could be viewed as willful and may result in revocation of its license.

    **7)**      By Licensee entering into this Agreement, its signature constitutes a permanent and unconditional release and waiver by it, its owners, its executors, administrators, agents, employees, counsel, heirs or assigns, of any and all claims arising from or related to the Compliance Inspection, the Report of Violations, the Initial Notice of Revocation, the Hearing, the Final Notice of Revocation, and/or the Action occurring up

**Exhibit 1**

to, and including, the date of execution of this Agreement. This release and waiver includes withdrawing or foregoing all claims that could have been made against ATF and its agents, servants, employees, and counsel.

8) By ATF entering into this Agreement, the signature on behalf of ATF will constitute a permanent and unconditional release and waiver by ATF, its agents, servants, counsel, and employees, of any and all claims arising from or in any way related to the Compliance Inspection, the Report of Violations, the Initial Notice of Revocation, the Hearing, the Final Notice of Revocation, and/or the Action occurring up to, and including, the date of execution of this Agreement. This release and waiver includes withdrawing or forgoing all claims that could have been made against Licensee and its agents, servants, employees, and counsel.

9) Each Party agrees to bear its own respective costs and fees, including attorneys' fees, incurred in connection with the matter, this Agreement, and any litigation that is related to this Agreement.

10) This Agreement represents the complete understanding between the Parties. No other promises, agreements, discussions, or understandings have been made or relied upon by the Parties to induce the execution of this Agreement by them, except to the extent as set forth herein. No other promises, agreements, discussions, or understandings shall be binding, or shall modify this Agreement. There are no other terms to this Agreement other than those expressly written here, all claims and allegations are hereby

**Exhibit 1**

withdrawn, and this Agreement serves to fully resolve this matter.

11) The Parties expressly acknowledge and warrant that they have carefully read this Agreement, have been advised of its meaning and consequences by their attorney(s), are not under duress of any kind or nature, and voluntarily sign this Agreement of their own free will and judgment for the purpose of making a full, final and complete settlement, adjustment, and compromise of any and all claims arising out of the Action.

12) This Settlement Agreement shall be interpreted, applied, and enforced in accordance with federal law and the laws of the Commonwealth of Kentucky (to the extent that they are not in conflict with federal law). It is agreed that if, after the date hereof, any provision of this Agreement is held to be illegal, invalid, or unenforceable under present or future laws effective during the term of this Agreement, such provision shall be fully severable. In lieu thereof, there shall be added a provision as similar in terms to such illegal, invalid, or unenforceable provision as may be possible and be legal, valid, and enforceable.

[Signatures on following page]

Page **9** of **10**

**Exhibit 1**

PETITIONER:
Paducah Shooter's Supply, Inc.

DATE: 5-2-24     BY: _____
                     Roy Lynn McCutchen
                     President, Paducah Shooter's Supply, Inc.

DATE: 5/3/24    BY: _____
                     R. Kent Westberry
                     Bridget Bush
                     Counsel for Paducah Shooter's Supply, Inc.

RESPONDENT:
Adam Rogers, Director, Industry Operations, ATF Louisville Field Division

DATE: _____    BY: _____
                      ADAM ROGERS

Page 10 of 10

**Exhibit 1**

**PETITIONER:**
**Paducah Shooter's Supply, Inc.**

DATE: _____  BY: _____
Roy Lynn McCutchen
President, Paducah Shooter's Supply, Inc.

DATE: _____  BY: _____
R. Kent Westberry
Bridget Bush
Counsel for Paducah Shooter's Supply, Inc.

**RESPONDENT:**
**Adam P. Rogers, Director, Industry Operations, ATF Louisville Field Division**

DATE: May 2, 2024  BY: _____
ADAM P. ROGERS

Page **10** of **10**

**Exhibit 1**

**PETITIONER:**
**Paducah Shooter's Supply, Inc.**

DATE: _____  BY: _____
Roy Lynn McCutchen
President, Paducah Shooter's Supply, Inc.

DATE: _____  BY: _____
R. Kent Westberry
Bridget Bush
Counsel for Paducah Shooter's Supply, Inc.

**RESPONDENT:**
**Adam Rogers, Director, Industry Operations, ATF Louisville Field Division**

DATE: _____  BY: _____
ADAM ROGERS

DATE: 5/6/24  BY: *[signature]*
Timothy D. Thompson
Assistant United States Attorney
Western District of Kentucky

Page **10** of **10**

**Exhibit 1**

EXHIBIT A



# Paducah Shooters Supply

3919 Cairo Rd.
Paducah KY 42001
270-443-3758

---

## Standard Operating Procedures for Gun Department

**A. Basic Operating Procedures:**

1. All employees shall undergo and adhere to training set forth in the Company's Training Protocols at the time of hire, bi-annually, or refresher training as deemed necessary by management. All training will be annotated on the Company's "Training/Sign-in Sheet."
2. No employee in the gun department should leave their department without first notifying a supervisor.
3. Firearms shall not be left unattended on the counter, no more than two (2) firearms out at any one time PER EMPLOYEE (not per customer).
4. Under no circumstances should a customer be left unattended with a firearm.
5. Be alert to potential straw purchases. See below list of things to look for to detect straw purchases and refer back to training that pertains to straw purchases. In the event of a suspected straw purchase a manager must be involved immediately to review the situation and stop the transaction if necessary.

   The following situations are examples in which a straw purchase my be occurring:

   a. An unknown person comes in to buy the exact firearm that a person, who was recently denied on their NICS check, wanted to buy.
   b. The purchaser has the same last name or address as the person who was recently denied.
   c. A family member or associate of denied person offering to complete paperwork and acquire the firearm the denied person wanted. (In this case the actual buyer is known, but it would be an illegal sale if you let it go through. They could not honestly answer question 21a "yes").

**Exhibit 1**

EXHIBIT A

      d. Repetitive purchases of the same or similar firearms, especially not collectible firearms.
      e. Bulk purchases made with brand new identification.
      f. A new customer who is buying a large number of firearms.
      g. Absolutely no haggling about the price of a firearm or asking for a discount for multiple purchases.
      h. Paying with large amounts of cash.
      i. Arriving in a car with out of state plates.
      j. Two individuals attempting to conceal conversations from you or staff.
      k. The purchaser has a scout who picks out the firearms.
      l. Taking and sending cell phone pictures to parties unknown.
      m. Talking on cell phone while looking at firearms.
      n. Avoiding conversation with you or staff when buying a firearm.
      o. Reluctance to complete paperwork.
      p. The purchaser has little or no knowledge about the firearms they want to acquire.

6. Absolutely NO sales to anyone who appears to be under the influence of alcohol, illegal drugs, or who smells of marijuana. If this appears to be the case, get a manager should be involved immediately to stop the transaction.
7. Be alert for anything that makes you feel uncomfortable, nervous or gives you a feeling that the person involved in the transaction shouldn't have a firearm at the moment. We have the right to refuse a firearm sale to anyone, at any time. Under these circumstances, a manager MUST BE involved so we can determine if we should make further notification to the appropriate authorities. Situational awareness saves lives!
8. New firearms put in lay-a-way MUST put back in the original box with lay-a-way paperwork attached to the outside and placed on lay-a-way shelf.
9. Firearms held for Illinois wait times shall be put back in original box at time of initial transaction with paperwork attached to the outside of box.
10. Ask all customers bringing firearms into the store that the action be opened.
11. Assume all firearms brought in by customers are loaded until verified unloaded by yourself. Immediately upon being handed a firearm you shall check that it is unloaded and safe.
12. During an ammunition sale, if the person appears to be under 21 ask for an ID. If the purchaser is under the age of 21, but older than 18 inquire as to what type of weapon the ammo will be used in. If someone older than 18 but younger than 21 is attempting to purchase ammo for a handgun, THEN WE CANNOT COMPLETE THE SALE.
13. All time off requests must be submitted on our official time off request form at least TWO WEEKS in advance of the requested days off.

    B. **Regulatory/4473/Serial controlled items:**

    1. No NICS Background check shall be run until the buyer/transferee has completed Section B in full and has not identified themselves as prohibited person. Customers <u>CANNOT</u> be told that NICS has denied them if an employee/management decides the transfer should not take place. These are examples of appropriate responses.

**Exhibit 1**

EXHIBIT A

        a. "I'm sorry but I don't feel comfortable proceeding with this sale."
        b. "This sale violates store policy, and I cannot proceed."

2. In instances where a paper Form 4473 must be completed, rather than the e-Form 4473, only blue ink shall be used to fill out the 4473 by both the customer and employee (no exceptions). If a person cannot read or write, they must have two witnesses to assist them with completion of the form 4473 (paper or e-Form 4473). At the completion of form 4473, the buyer/transferee must place his/her signature and date in Section B, certification block, and the two witnesses must also sign and date besides the buyer/transferees signature and date.

3. A three tier-review of the ATF Form 4473 will be conducted with 1) the customer by the employee handling the transaction, 2) by a manager to review the form before the transaction is entered into the computer and the firearm is transferred, and 3) by a manager before the form is filed. The second and third reviewer are to place their initials in block 32.

4. When a customer selects a firearm(s) for purchase, AXiS should auto-populate Section A (firearm information) of the e-Form 4473 before the customer completes Section B. The employee must ensure Section A is properly and accurately completed by verifying the markings on the firearm match what is auto-populated on the form 4473. In instances where a paper form 4473 is completed, Section A must be entered on the form 4473 prior to the customer completing Section B, and the description of the firearm must be accurate as mentioned above.

5. When completing Section C the employee must enter the information on the ID document in the AXiS computer software system as well as personally verifying the expiration date of the ID and all personal information matches what was listed in Section B. If the personal information on the ID does not match what was listed in Section B, and or the ID is expired, then the firearm transaction cannot continue. NOTE: Only government issued supplemental documents can be used to verify the address and legal name of the buyer/transferee. Examples include but are not limited to vehicle registration, passport, tax bill, etc. Supplemental documentation must be entered in block 26b of the 4473. If you are unsure if a supplemental document can be used seek guidance from a supervisor or DO NOT accept it.

6. A valid KY CCDW license can be used as an exemption from the NICS background check. When accepting a KYCCDW as an exemption to NICS, record the information in Section C, block 29, and also enter that as their government issued photo ID in block 26a. VERIFICATION MUST BE MADE that the ID is current/valid by entering the information into the AXiS POS system.

7. AXiS should alert/tag all multiple handgun sales and generate the ATF Form 3310.4. All "Multiple Sales of Handgun Reports" must be completed and submitted to local law enforcement and ATF immediately or no later than the COB on the day the multiple sale occurs.

8. For all e-NICS checks, the date the e-NICS check was initiated must be recorded in Section C, block 27.a, and the transaction number (NTN) in block 27b. The response must be recorded in block 27c. If the response is "proceed," you may complete the transaction. If the response is "Denied" the transaction is terminated. You must complete Section E, block 34 (printed

**Exhibit 1**

name) and 35 (signature), but DO NOT record the date in block 36 because the firearm is not being transferred. If the response is "Delayed," record the delayed response and the "Brady Date" provided by NICS indicating the date the firearm may be transferred on "no response" from NICS which is 3 government business days in block 27c. Recording this date is NOT optional. When a firearm transaction has been placed on a delay, put your initials in box 32, if further/final response from NICS is received, record the response in 27d.

9. If the customer is between 18-20 years old NICS may provide secondary notification of a 10-day waiting period. You record this notification in 27d and the date the notification was received and the date the firearm can be transferred on "no response" from NICS. If the secondary notification is a deny, record the date and response in 27d and then print your name and sign the form but DO NOT DATE. IMPORTANT: ON ALL DELAYED RESPONSES YOU MUST PLACE YOUR INITIALS IN BLOCK 32.

10. If the response at any time is a deny after completing the form in the specified way write deny in small print on the first page above "Firearms Transaction Record" and file in the not picked up/deny folder.

11. All transactions where a sale does not take place, regardless of a e-NICS check was conducted, must be annotated as "No Transfer" and placed in the not pick up/deny file.

12. If you are the employee that gets a response to a previously delayed NICS check, mark the updated status in 27d and record the date which the response was received, then place your initials in box 32 and 27b OR 27d.

13. A youth handgun safety notice shall be included with the sale of every handgun.

14. A free gun lock shall be made available to anyone purchasing a firearm and can be found in the box under the cash register.

15. When entering a trade or firearm purchased from an individual, verify the serial number on the firearm. If you are unsure of the serial number, ask for a second employee to look at the serial number. NOTE: flashlights, magnifying glasses, and cell phone cameras can all be useful in attempting to read firearm markings.

16. We cannot accept for trade, purchase, or repair, a firearm with an altered, obliterated, or otherwise illegible serial number.

17. All firearms logged into our books must be listed with Manufacturer, Importer (if imported), model, serial number, and caliber. You must look at the markings on the firearm to verify the description and whether it is an imported firearm.

18. For trade/purchase tickets, follow the printed example. It must be filled out in that exact format.

19. Absolutely <u>NO</u> trades or purchases without valid picture ID.

20. All Class III transactions will be conducted by a manager, or an employee approved by a manager to complete the transaction/transfer.

21. Under no circumstances shall a firearm or NFA item be taken out of the original shipping box unless being received or being put out for display. All serial controlled items <u>MUST</u> remain with the original shipping box and packing slips until received and ready for display, or to be placed in backstock.

22. All NFA items must be transferred on an ATF Form 4473. In NO circumstances shall an NFA item be transferred to the buyer/transferee without first completing the ATF Form 4473.

**Exhibit 1**

EXHIBIT B

# TRAINING PROTOCOL FOR NEW EMPLOYEES

All new gun department employees will be given a thorough review on the proper practices and procedures for working in firearms retail, regardless of whether they have worked for another firearms retailer in the past or not.

**Topics include, but are not limited to:**

A. Thorough review of the laws, rules and regulations associated with the purchase, sale, transfer or repair of firearms and ammunition.
B. Review of individual store policies as a whole and also a review of standard operating procedures for the gun department specifically.
C. Straw purchase training, including but not limited to "Don't Lie For the Other Guy" videos and also explanations of the law pertaining to straw purchases, what to be on the lookout for, why it is so important to prevent straw purchases, what questions to ask to determine if it that is what the customer is attempting, and what to do when a straw purchase is occurring.
D. All new gun department employees will be required to read the headers, and the Notices, Instructions and Definitions on the ATF Form 4473.
E. New employees will receive instruction how to properly complete Sections A, C-E of the Form 4473, including the proper types of government issued photo identification, and government supplemental identification documents, needed to purchase a firearm, including out of state residents, military personnel on permanent station and foreign nationals/non-immigrant aliens.
F. New employees will be provided instruction on verifying the buyer/transferee has properly completed Section B and D of the Form 4473, and when supplemental government issued documentation is required.
G. New employees will receive training on the AXiS Point-of-Sale System.
H. New employees will receive training on the e-Form 4473 application.
I. New employees will receive training on NICS e-Check and how to read and record NICS responses.
J. New employees will be instructed on proper record keeping and acquisition and disposition of firearms and the importance of the timely recording of information.
K. New employees will be instructed on emergency protocol for weather, power outages, theft, medical emergencies, and robberies.

**Probationary Period**

All new employees will go through a probationary period of one-week where the employee will be supervised by another employee while conducting sales, background checks and transactions. If the supervisor is not comfortable that the new employee can complete

# Exhibit 1

EXHIBIT B

transactions or follow store policies within their probationary period they will be subject to an additional probationary period (up to two-weeks), reassigned to another area in the store that does not involve firearm transactions, or terminated.

- A. During the probationary period new employees will be supervised while when completing a Form 4473 (paper or electronically);
- B. When conducting a NICS electronic background check.
- C. During the probationary period new employees will not be allowed to make any firearms transactions in the point of sale, input store purchase firearms or log in repair guns without direct supervision.
- D. During the probationary period new employees will be supervised in writing trade tickets and purchase tickets while being instructed on the proper format to write them.
- E. During the probationary period new employees will be instructed in the correct location for backstock firearms and how to determine what needs to be displayed and what needs to be backstock.
- F. During the probationary period new employees will be supervised while putting out firearms for display and or proper placement of empty boxes in the storage area.
- G. During the probationary period new employees will be instructed on our system for special orders and how we order, track, receive and notify customers.
- H. We encourage questions! Ask questions!

**Exhibit 1**

EXHIBIT C

# Bi-Annual Employee Training

1. All gun department employees will receive Bi-Annual training on the topics that include, but are not limited to, detecting straw purchasers, completion of the ATF Form 4473, verification of government issued identification documents, supplemental documents, military sales, sales to non-immigrant aliens, out-of-state residents, internal firearms inventory audits, and internal auditing practices to prevent ATF citing violations. Training resources will include the NSSF's "Don't Lie For the Other Guy" and "Completion of the Revised August 2023 ATF Form 4473" training videos and various webinars on the above topics that are available on the NSSF's Shot University resource tab.
2. All gun department employees will review current Standard Operating Procedures and will go through any updates or changes.
3. All gun department employees will go over the current Form 4473 and any changes or revisions made by ATF to the form or procedures.
4. All gun department employees will be given an overview of the current trends in the firearms/shooting sports industry.
5. All gun department employees will review safety procedures and proper handling of firearms.
6. If deemed necessary by a manager, a gun department employee will undergo refresher training in areas that are identified they have and/or making mistakes.
7. All gun department employees will review emergency protocol and steps to take in the event of an emergency.
8. Training may also consist of training made available by ATF or FBI-NICS in their area.
9. All gun department employees will be given an opportunity to ask questions, raise concerns, and make suggestions.

**Exhibit 1**